AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SANDRA CARDONA <br><br> *Plaintiff(s)* <br> v. <br> NUTRITION FORMULATORS, INC., and <br> EMPLOYMENT SOLUTIONS of NEW YORK, INC. <br><br> *Defendant(s)* | Civil Action No. 0:24-cv-61337-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NUTRITION FORMULATORS, INC.
c/o Adolfo Graubard, its Registered Agent
1061 Twin Branch Lane
Weston, FL 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/26/2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SANDRA CARDONA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:24-cv-61337-AHS |
| NUTRITION FORMULATORS, INC., and EMPLOYMENT SOLUTIONS of NEW YORK, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EMPLOYMENT SOLUTIONS OF NEW YORK, INC.
c/o Francis Freeman, its Registered Agent
6625 Miami Lakes Drive
Miami Lakes, FL 33014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/26/2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts