UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SANDRA CARDONA,

      Plaintiff,                                CASE NO.: 0:24-cv-61337-AHS

     v.

NUTRITION FORMULATORS, INC.,
and EMPLOYMENT SOLUTIONS OF
NEW YORK, INC.,

      Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, SANDRA CARDONA, by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's July 29, 2024, Paperless Order [D.E. 5]:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly—traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.  **Sandra Cardona,** *Plaintiff*
            **c/o Derek Smith Law Group, PLLC**
            **520 Brickell Key Dr, Suite O-301**
            **Miami, Florida 33131**

        b.  **Nutrition Formulators, Inc.,** *Defendant*
            **c/o Adolfo Graubard, its Registered Agent**
            **1061 Twin Branch Lane**
            **Weston, FL 33326**

    c. **Employment Solutions of New York, Inc.,** *Defendant*
       c/o Francis Freeman, its Registered Agent
       6625 Miami Lakes Drive
       Miami Lakes, FL 33014

    d. **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiff*
       Derek Smith Law Group, PLLC
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131

    e. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Sandra Cardona,** *Plaintiff*.


[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

| | |
|---|---|
| Dated: Miami, Florida<br>July 30, 2024 | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>/s/ Daniel J. Barroukh<br>Daniel J. Barroukh, Esq.<br>Florida Bar No.: 1049271<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (786) 688-2335<br>Fax: (305) 503-6741<br>Danielb@dereksmithlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 30, 2024, on all counsel of record, if any, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

3