# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:24-CV-61337-AHS

Plaintiff:
**SANDRA CARDONA**

vs.

Defendant:
**NUTRITION FORMULATORS, INC., AND EMPLOYMENT SOLUTIONS OF NEW YORK, INC.**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers, Inc on the 26th day of August, 2024 at 5:24 pm to be served on **Nutrition Formulators, Inc. c/o RA: Adolfo Graubard, 1061 Twin Branch Lane, Weston, FL 33326**.

I, Carlos Vila Escobar, do hereby affirm that on the **29th day of August, 2024** at **10:07 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Adolfo Graubard** as **R/A** for **Nutrition Formulators, Inc.**, at the address of: **1061 Twin Branch Lane, Weston, FL 33326**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
**Carlos Vila Escobar**
SPS 1683

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2024054819

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a