UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 0:24-cv-61337-AHS

SANDRA CARDONA,

    Plaintiff,

vs.

NUTRITION FORMULATORS INC.,
and EMPLOYMENT SOLUTIONS OF
NEW YORK, INC.,

    Defendants.
_____/

**DEFENDANT NUTRITION FORMULATORS INC.**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant, NUTRITION FORMULATORS INC., by and through undersigned counsel, and pursuant to this Honorable Court's Order, hereby respectfully state the following:

**CERTIFICATE OF INTERESTED PARTIES**

1. Nutrition Formulators, Inc. – Defendant.
2. J. Freddy Perera, Esq. – Defendant Nutrition Formulators, Inc.'s Counsel.
3. Brody M. Shulman, Esq. – Defendant Nutrition Formulators, Inc.'s Counsel.
4. Alexandra C. Hayes, Esq. – Defendant Nutrition Formulators, Inc.'s Counsel.
5. Perera Law Group, P.A. - Defendant Nutrition Formulators, Inc.'s Counsel.
6. Employment Solutions of New York, Inc. – Defendant.
7. Sandra Cardona – Plaintiff.

**PERERA LAW GROUP, P.A.**
12555 Orange Drive · #4107 · Davie, FL 33330
www.PBA-Law.com · Phone (786) 485.5232

8. Daniel Jordan Barroukh, Esq. – Counsel for Plaintiff.

9. Derek Smith Law Group, PLLC – Counsel for Plaintiff.

## **CORPORATE DISCLOSURE STATEMENT**

Defendant Nutrition Formulators, Inc. states that it has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated: September 23, 2024

        Respectfully submitted,

        **_/s/ Brody M. Shulman_____**
Jorge Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Alexandra C. Hayes, Esq.
alex@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pba-law.com

PERERA LAW GROUP
12555 Orange Drive #4107
Davie, Florida 33330
Telephone: 786-485-5232
Counsel for Defendant
NUTRITION FORMULATORS INC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              __*/s/ Brody M. Shulman*____
                                               Jorge Freddy Perera, Esq.
                                               Florida Bar No. 93625
                                               freddy@pba-law.com
                                               Alexandra C. Hayes, Esq.
                                               alex@pba-law.com
                                               Brody M. Shulman, Esq.
                                               Florida Bar No. 92044
                                               brody@pba-law.com

**SERVICE LIST**
Daniel Jordan Barroukh, Esq.
Florida Bar No. 1049271
danielb@dereksmithlaw.com

**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, #O-302
Miami, FL 33131
Telephone: 786-688-2335
*Counsel for Plaintiff*