UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 0:24-cv-61337-AHS

SANDRA CARDONA,

      Plaintiff,

vs.

NUTRITION FORMULATORS INC.,
and EMPLOYMENT SOLUTIONS OF
NEW YORK, INC.,

      Defendants.
_____/

## **PROPOSED SCHEDULING ORDER**

THIS MATTER is set for trial for the week of **July 21, 2025**. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| **October 25, 2024** | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| **December 9, 2024** | The Parties shall file motions to amend pleadings or join Parties. |
| **January 10, 2025** | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **January 20, 2025** | The Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **February 10, 2025** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| | |
|---|---|
| **March 28, 2025** | The Parties shall complete all discovery, including expert discovery. |
| **May 2, 2025** | The Parties shall complete mediation and file a mediation report with the Court. |
| **April 18, 2025** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| **June 7, 2025** | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| **June 28, 2025** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for nonjury trials). |
| **June 28, 2025** | The Parties shall submit their deposition designations. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of October, 2024.

_____
The Honorable Raag Singhal
United States District Judge