UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:24-cv-61337-AHS

SANDRA CARDONA,

    Plaintiff,

v.

NUTRITION FORMULATORS, INC. AND EMPLOYMENT SOLUTIONS OF NEW YORK, INC.,

    Defendant
_____/

## NOTICE OF APPEARANCE

    Gabriela S. Lazaro, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of her appearance on behalf of Defendant, EMPLOYMENT SOLUTIONS OF NEW YORK, INC., and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th of October, 2024, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filings to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant EMPLOYMENT SOLUTIONS OF NEW YOR, INC.*
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone 305-663-7058 ext 6922
Facsimile 305-373-2294
Primary e-mail: gabriela.lazaro@csklegal.com
Secondary e-mail: paola.valdes@csklegal.com

By: */s/ Gabriela S. Lazaro*
    GABRIELA S. LAZARO
    Florida Bar No.: 123588