**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SANDRA CARDONA,

      Plaintiff,                              CASE NO.: 0:24-cv-61337-AHS

      v.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF
NEW YORK, INC.,

      Defendants.
_____/

## NOTICE OF MEDIATION

    Plaintiff, SANDRA CARDONA, by and through her undersigned counsel, hereby notifies the Court that the parties have mutually agreed upon the designation of Lori Adelson, Esq. as mediator in this case and have further agreed to hold a mediation conference on Tuesday, April 15, 2025 at 10:00 a.m. via Zoom videoconference.

    Dated this 11th day of November, 2024.

                                                    **DEREK SMITH LAW GROUP, PLLC**
                                                    *Counsel for Plaintiff*

                                                    /s/ Daniel J. Barroukh
                                                    Daniel J. Barroukh, Esq.
                                                    Florida Bar No.: 1049271
                                                    Derek Smith Law Group, PLLC
                                                    520 Brickell Key Drive, Suite O-301
                                                    Miami, FL 33131
                                                    Tel: (786) 688-2335
                                                    Fax: (305) 503-6741
                                                    Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on November 11, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

**SERVICE LIST**

**PERERA LAW GROUP, P.A.**

J. Freddy Perera, Esq.
Florida Bar No. 93625
Email: freddy@pba-law.com
Brody M. Shulman
Florida Bar No. 92044
Email: brody@bpa-law.com
PERERA LAW GROUP, P.A.
12555 Orange Drive, Suite 4107
Davie, FL 33330
Telephone: (786) 485-5232

*Attorneys for Defendant Nutrition Formulators Inc.*

**COLE, SCOTT & KISSANE, P.A.**

Cody German, Esq.
Florida Bar No. 58654
Email: cody.german@csklegal.com
Gabriela S. Lazaro, Esq.
Florida Bar No. 123588
Email: gabriela.lazaro@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone 305-663-7058 ext. 6922
Facsimile 305-373-2294

*Attorneys for Defendant Employment Solutions of New York, Inc.*