UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SANDRA CARDONA,

       Plaintiff,                                  CASE NO.: 0:24-cv-61337-AHS

      v.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF
NEW YORK, INC.,

       Defendants.
_____/

## [PROPOSED] ORDER SCHEDULING MEDIATION

**The mediation conference** in this matter shall be held with Lori Adelson, Esq. on April 15, 2025, at 10:00 a.m. via Zoom videoconference. This date has been agreed to by the Parties and shall not be rescheduled without leave of Court.

Within three (3) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ____ day of _____, 2024.

                                                                  _____
                                                                   RAAG SINGHAL
                                                                   UNITED STATES DISTRICT JUDGE