UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61337-CIV-SINGHAL/STRAUSS

SANDRA CARDONA,

    Plaintiff,

vs.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF NEW YORK,
INC.,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

**THIS CAUSE** is before the Court on the Notice of Mediation filed by the parties. (DE [19]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that mediation in this matter shall be held with Lori Adelson, Esq., on April 15, 2025, at 10:00 a.m., via videoconference. All parties and counsel must attend. A mediation report shall be filed by April 18, 2025.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF