UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Cardona,

Plaintiff(s)

v.

Nutrition Formulators, et al.

    Defendant(s).
_____/

Case No.:  0:24-cv-61337-AHS

## NOTICE OF MEDIATION CONFERENCE

**PLEASE TAKE NOTICE** that the mediation conference will be held on April 15, 2025 **starting at 10:00 a.m ET via Zoom** before Mediator Lori Adelson, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this November 12, 2024 I electronically filed the foregoing with the Clerk of Court using CM/EFC, which will automatically transmit an electronic copy to counsel of record.

Respectfully Submitted:

/s/ *Lori Adelson*
By: LORI ADELSON
**APPROVED DISPUTE RESOLUTION**
Florida Bar No.: 0196428
ME No.: 31951 R
Office: 954-302-8960
Email: Lori@approvedADR.com
Secondary Email: CaseManager@ApprovedADR.com
401 East Las Olas Blvd, Suite 1400
Fort Lauderdale, Florida 33301