UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:24-cv-61337-AHS

SANDRA CARDONA,

Plaintiff,

v.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF NEW
YORK, INC.,

Defendants.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT NUTRITION FORMULATORS INC.,**

PLEASE TAKE NOTICE that Nathaly Saavedra, Esq. of Perera Law Group, hereby enters an appearance in this matter as counsel of record for Defendant, NUTRITION FORMULATORS INC, and requests that copies of all pleadings and documents filed with or issued with regard to the above-captioned case be sent to the undersigned.

**Dated**: November 26, 2024.    Respectfully submitted,

By: **_/s/ Nathaly Saavedra_**
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 092044
brody@pba-law.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
nathaly@pba-law.com
**PERERA LAW GROUP, P.A.**
12555 Orange Drive, #4107
Davie, Florida 33330
Telephone: 786-485-5232

1 | P a g e

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November 2024, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record.

By: **/s/ Nathaly Saavedra**
Nathaly Saavedra, Esq.

**PERERA LAW GROUP, P.A.**
12505 Orange Drive · Suite 908 · Davie, FL 33330
www.PBA-Law.com · Phone (786) 485.5232