UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SANDRA CARDONA,

        Plaintiff,

Case No.: 0:24-cv-61337-AHS

v.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF NEW
YORK, INC.,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISCOVERY DISPUTE**

Plaintiff, SANDRA CARDONA ("Plaintiff"), pursuant to Section II-C of the Court's Discovery Procedures Order [D.E. 14], hereby files a Notice of Discovery Dispute against Defendant NUTRITION FORMULATORS, INC. ("NF") describing the nature of the parties' discovery dispute, the discovery deadline, the parties' efforts made to confer, the parties' dates of availability, and the amount of time needed for hearing.

**I.  Nature of Discovery Dispute**

1. The parties dispute whether NF's non-party subpoena *duces tecum* to AT&T Wireless is relevant, violates Plaintiff's privacy rights, is overly broad, and requests information or records that can be obtained by less intrusive means.

2. The parties dispute whether NF's non-party subpoenas *duces tecum* to Plaintiff's replacement employers—to wit, Keystaff Inc., Funtrition LLC, Bolton Medical, Inc. d/b/a Terumo Aortic, and Sentry Manufacturing Inc.—violate Plaintiff's personal right with respect to information contained in her employment records, seek relevant information, are a tool for harassment, and requests information or records that can be obtained by less intrusive means.

**II.     Discovery Deadline**

The case's discovery deadline is March 28, 2025.

**III.    Efforts to Confer**

Prior to the filing of the instant Notice, the parties conferred both by telephone conference and then by email in an effort to resolve their dispute, but their efforts were unsuccessful.

**IV.    Dates of Availability**

Counsel for all parties are available at any time on either January 14, January 16, or January 17 of the current year for a hearing regarding this discovery dispute.

**V.     Time Needed for Hearing**

The parties anticipate that they will need thirty (30) minutes for a hearing regarding this discovery dispute.

**VI.    Certificate of Conferral**

I hereby certify that undersigned counsel for the moving party has conferred with all opposing counsel on all issues raised in this Notice of Discovery Dispute and confirmed all opposing counsel's availability on the proposed hearing dates.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on this 6th day of January, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**PERERA LAW GROUP, P.A.**

J. Freddy Perera, Esq.
Florida Bar No. 93625
Email: freddy@pba-law.com
Brody M. Shulman
Florida Bar No. 92044
Email: brody@bpa-law.com
PERERA LAW GROUP, P.A.
12555 Orange Drive, Suite 4107
Davie, FL 33330
Telephone: (786) 485-5232

*Attorneys for Defendant Nutrition Formulators, Inc.*

**COLE, SCOTT & KISSANE, P.A.**

Cody German, Esq.
Florida Bar No. 58654
Email: cody.german@csklegal.com
Gabriela S. Lazaro, Esq.
Florida Bar No. 123588
Email: gabriela.lazaro@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone 305-663-7058 ext. 6922
Facsimile 305-373-2294

*Attorneys for Defendant Employment Solutions of New York, Inc.*