UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-61337-SINGHAL/STRAUSS

**SANDRA CARDONA,**

    Plaintiff,

v.

**NUTRITION FORMULATORS, INC
and EMPLOYMENT SOLUTIONS
OF NEW YORK INC.,**

    Defendants.

_____/

## DISCOVERY ORDER

**THIS MATTER** came before the Court upon Plaintiff's Notice of Discovery Dispute ("Notice"). [DE 32].  Plaintiff's description of the disputes at issue begs several questions. The Notice describes three different disputes: (1) whether Defendant Nutrition Formulators, Inc. ("NFI") must produce Plaintiff's personnel file; (2) Defendant's objection to producing documents responsive to discovery requests without a confidentiality order; and (3) whether Plaintiff is entitled to a further deposition of NFI's corporate representative. *Id.* at 1.  Plaintiff raises all of these issues after the discovery deadline (March 28, 2025) has passed, although the Notice provides some limited explanation for the lateness.  Therefore, it is **ORDERED and ADJUDGED** that:

1. The parties shall file a Joint Discovery Status Report as detailed in the Court's Discovery Procedure Order [DE 14] (and email the Court a courtesy copy in Word format) by **12:00 P.M. on April 3, 2025.**

2. In addressing the noticed disputes, the Joint Discovery Status Report shall address the following questions:

   a. Whether the noticed disputes are being timely raised.

   b. Whether Defendant was required to produce Plaintiff's personnel file and when.

   c. Whether the documents at issue in dispute #2 are limited to Plaintiff's personnel file or involve a broader set of discovery requests.

   d. When Defendant's responses to the requests at issue in dispute #2 were due.

3. An in-person hearing on the discovery disputes is set for **April 7, 2025, at 2:00 P.M.** at the United States Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301, courtroom 310-B. The Court observes that the parties' disputes appear to be eminently resolvable by reasonable parties. The Court also reminds the parties that the Court may impose sanctions, monetary or otherwise, on any party whose position is not substantially justified, pursuant to Federal Rule of Civil Procedure 37. After reviewing the Joint Status Report, the Court will decide whether the hearing is still necessary or warranted.

**DONE** and **ORDERED** in Fort Lauderdale, Florida, this 31st day of March 2025.

*[signature]*
Jared M. Strauss
United States Magistrate Judge