```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2

 3     SANDRA CARDONA,

 4           Plaintiff,         CASE NO.:  0:24-cv-61337-AHS

 5     vs.

 6     NUTRITION FORMULATORS, INC., and
       EMPLOYMENT SOLUTIONS OF NEW
 7     YORK, INC.,

 8           Defendants.

 9     _____

10     DEPOSITION OF:   MARIA FABIANA SANTAELLA

11     DATE TAKEN:      March 18, 2025

12     TIME:            10 a.m. - 1:55 p.m.

13     PLACE:           Everyone appeared remotely
                        via Zoom
14
       REPORTED BY:     MELISSA FERNANDEZ
15                      Notary Public

16     Everest Job No.: 38679
       _____
17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:

 2        DANIEL J. BARROUKH, ESQUIRE
          JENNY LLORENS, ESQUIRE
 3        Derek Smith Law Group, PLLC
          Suite O-301
 4        520 Brickell Key Drive
          Miami, Florida  33131
 5        (305) 946-1884
          daniel@dereksmithlaw.com
 6        (Appeared via Zoom)

 7        APPEARING ON BEHALF OF THE PLAINTIFF

 8        J. FREDDY PERERA, ESQUIRE
          NATHALY SAAVEDRA, ESQUIRE
 9        Perera Law Group, P.A.
          Suite 4107
10        12555 Orange Drive
          Davie, Florida  33330
11        (786) 485-5232
          freddy@bpa-law.com
12        (Appeared via Zoom)

13        APPEARING ON BEHALF OF THE DEFENDANT
          NUTRITION FORMULATORS
14
          OLIVIA E. DIAZ DE VILLEGAS, ESQUIRE
15        Cole, Scott & Kissane, P.A.
          Suite 1400
16        9150 South Dadeland Boulevard
          Miami, Florida  33156
17        (305) 663-7058
          olivia.diazdevillegas@ckslegal.com
18        (Appeared via Zoom)

19        APPEARING ON BEHALF OF THE DEFENDANT
          EMPLOYMENT SOLUTIONS OF NEW YORK
20
          ALSO APPEARED VIA ZOOM:   Fernando Rivera Navas, Spanish
21                                  interpreter
                                    Dania Marquez, Spanish
22                                  interpreter

23

24

25
```

1   TESTIMONY OF MARIA FABIANA SANTAELLA

2        Direct Examination by Mr. Barroukh                    4

3   CERTIFICATE OF OATH FOR INTERPRETER                    58

4   CERTIFICATE OF OATH FOR INTERPRETER                    59

5   CERTIFICATE OF OATH FOR WITNESS                        60

6   CERTIFICATE OF REPORTER                                61

7   ERRATA SHEET                                           62

8   READ AND SIGN COVER PAGE                               63

9                         - - - - -

10                S T I P U L A T I O N S

11  It is hereby agreed and so stipulated by and between the

12  parties hereto, through their respective counsel, that

13  the reading and signing of the transcript is expressly

14  reserved by the Deponent.

15                        - - - - -

16                  E X H I B I T S

17  Plaintiff's Exhibit 1
         List of topics for Nutrition Formulators          10
18  Plaintiff's Exhibit 2
         Nutrition Formulators' First Response to
19       Plaintiff's First Request For Production           36

20

21

22

23

24

25

Deposition of Maria Fabiana Santaella                    Sandra Cardona v. Nutrition Formulators, Inc., et al.

```
 1          The deposition of MARIA FABIANA SANTAELLA, was taken

 2     pursuant to notice by counsel for the Plaintiff on the 18th day

 3     of March, 2025, commencing at 10 a.m.  Said deposition was

 4     reported by Melissa Fernandez, Court Reporter, Notary Public,

 5     State of Florida at Large.

 6                        *   *   *   *   *

 7                    FERNANDO RIVERA NAVAS,

 8     having been duly sworn to interpret from English to Spanish and

 9      Spanish to English all testimony to the best of his ability.

10               THE INTERPRETER:  Yes, I do.

11                        *   *   *   *   *

12                    MARIA FABIANA SANTAELLA

13      having been duly sworn, was examined and testified upon her

14                          oath as follows:

15               THE WITNESS:  Yes, I swear.

16                    DIRECT EXAMINATION

17     BY MR. BARROUKH:

18          Q    Good morning, Fabiana.  How would you like me to

19     address you today?

20          A    Fabiana will be just fine.

21          Q    All right.  Fabiana, could you please state your full

22     name and address for the record?

23               MR. PERERA:  She's here as a corporate

24          representative.  You don't need her personal address.

25          Fabiana, you can give them the NFI address.
```

```
 1            MR. BARROUKH:  Yeah, if you can give us the NFI

 2       address, that's fine.

 3       A    Yes, my full name is Maria Fabiana Santaella.

 4   BY MR. BARROUKH:

 5       Q    And what is your work phone number?

 6       A    Can you allow me to provide you with my address at

 7   this time?  My address will be 3260 Executive Way, Miramar,

 8   Florida 33025.

 9       Q    Thank you.  And what is your work phone number?

10       A    (954) 272-2220.

11       Q    Thank you, Fabiana.  Now, I would like to let you

12   know at this time for the duration of this deposition I ask you

13   to not look at any documents or electronic devices for today's

14   deposition for the purpose of answering questions.  If I want

15   you to answer a question based on a document, I will show the

16   document to you.  Does that make sense?

17       A    Yes.

18       Q    Thank you.  Now, what is your work email address,

19   please?

20       A    My email address at work is fabiana@n as in Nancy, N

21   as in Nancy, FI.net.

22       Q    Thank you.  Now, Fabiana, have you ever given a

23   deposition before?

24       A    No, never.

25       Q    Now, I understand you were present at the depositions
```

1  yesterday, however, I would like to go over a few ground rules

2  again to hopefully make today's deposition more efficient and

3  run smoothly.  Do you understand?

4       A    Yes, I understand.

5       Q    Now, the first rule is because we have a court

6  reporter here with us today, we must give audible answers,

7  meaning you cannot shake your head or go uh-uh or uh-huh to

8  respond to a question.  Does that make sense?

9       A    Yes.

10      Q    And the second and most important rule of the day is,

11 again, because we have a court reporter present who is taking

12 down everything we are saying, I ask you to allow me to finish

13 and complete my question before you begin to provide an answer.

14 Even if you know what I am going to say, please allow me to

15 finish my question.  Okay?

16      A    Yes, I do agree.

17      Q    And, similarly, I will give you as much time as you

18 need to completely respond to my question.  Okay?

19      A    Yes.

20           THE WITNESS:  I do have a request for a petition from

21      you.  Before we begin would you mind if I go and use

22      the bathroom?

23           MR. BARROUKH:  Absolutely.  Do you need three minutes

24      or five minutes?

25           THE WITNESS:  Three minutes will suffice.  That will

```
 1        be good enough.

 2              MR. BARROUKH:  We'll meet back at 10:13 and we can

 3        go off the record.  Thank you guys.

 4              (A recess was taken.)

 5              MR. BARROUKH:  Back on the record.

 6   BY MR. BARROUKH:

 7        Q    All right.  And the final ground rule I have for you

 8   today is that if any question I ask you requires an answer for

 9   you to tell me what you spoke to Freddy or another one of your

10   attorneys about, I ask you do not tell me what you spoke to

11   your attorneys about.  Does that make sense?

12        A    Yes.

13        Q    Okay.  Now, during this deposition your attorney may

14   object to my question.  You may answer the question unless your

15   attorney specifically tells you do not to answer the question.

16   Does that make sense?

17        A    Yes.

18        Q    Now, you understand that although we are on Zoom your

19   testimony has the same force and effect as if we were in a

20   courtroom with a judge and jury present.  Do you understand?

21        A    Yes.

22        Q    And at any point if you do not understand my

23   question, please ask me to clarify or rephrase my question,

24   otherwise, I will assume you understand what I am asking.

25   Okay?
```

```
 1        A    Yes.
 2        Q    And, again, my goal is not to keep you here today as
 3   long as I can, but it may take a few hours.  So during this
 4   deposition if you need to take a break, please ask me and as
 5   long as it is not during a sitting question or in a line of
 6   questioning, I'm happy to give you a break.  Okay?
 7        A    Yes.
 8        Q    Now, is there anything preventing you from testifying
 9   clearly and truthfully here today?
10        A    No.
11        Q    And where are you conducting this deposition from
12   today?
13        A    I'm appearing from Nutritional Formulators, 3260
14   Executive Way, Miramar, Florida.
15        Q    And is anybody else --
16             MR. PERERA:  Correction.  It's Nutrition Formulators
17        she said, not Nutritional.
18             THE INTERPRETER:  Thank you for correcting me, sir.
19        The interpreter stands corrected.
20             MR. PERERA:  No problem.  I only know that because
21        obviously I represent them.
22             THE INTERPRETER:  Thank you.
23   BY MR. BARROUKH:
24        Q    Now, is there anybody else in the room with you?
25        A    No.
```

```
 1        Q    And did you do anything to prepare for today's
 2   deposition?
 3             MR. PERERA:  I think you know this, Fabiana, but
 4        anything that involves conversation with counsel, anything
 5        that would reveal any of our strategies or sequence of
 6        documents, you're not to reveal that.
 7             THE WITNESS:  It is fine.
 8   BY MR. BARROUKH:
 9        Q    Now, again, my question was, did you do anything to
10   prepare for today's deposition?
11             MR. PERERA:  Same instruction.
12        A    No, I only actually joined my lawyer to the meeting
13   with my lawyer.
14   BY MR. BARROUKH:
15        Q    And when did this meeting occur?
16        A    It was Friday last week.  It was March 15th.
17        Q    And where did the meeting take place?
18        A    At Nutrition Formulators.
19        Q    And who was at the meeting?
20        A    It was my attorney, Freddy Perera, and Nathaly
21   Saavedra.  I'm not too sure about her last name.
22        Q    I believe that's correct, Saavedra.  Did you review
23   any documents prior to today's deposition for today's
24   deposition?
25             MR. PERERA:  Same instruction as before.
```

```
 1        A    No, but I was present at yesterday's deposition,

 2   though.  I got to see some documentations that the attorney

 3   Daniel Barroukh presented or showed.  Besides that, nothing

 4   else.

 5   BY MR. BARROUKH:

 6        Q    Understood.  So I'm going to show you what I've

 7   marked as Plaintiff's Exhibit 1.

 8             (Whereupon, Plaintiff's Exhibit 1 was marked for

 9        identification.)

10   BY MR. BARROUKH:

11        Q    Please let me know when you can see the screen.

12        A    I see it.

13        Q    Do you know what this document is?  And I can zoom in

14   and scroll down for you if you would like, just let me know.

15             MR. PERERA:  To the extent this isn't the complete

16        document, it looks like I can see it's a two-page

17        document which is only Schedule A, it doesn't have the

18        full document it came with.

19             MR. BARROUKH:  Off the record for one moment, please.

20             (An off-the-record discussion took place.)

21             MR. BARROUKH:  Back on the record, please, Ms. Court

22        Reporter.

23   BY MR. BARROUKH:

24        Q    All right.  Fabiana, what you're looking at now is

25   what will be marked as Plaintiff's Exhibit 1.  Do you see the
```

Deposition of Maria Fabiana Santaella                          Sandra Cardona v. Nutrition Formulators, Inc., et al.

```
 1    document on the screen?

 2         A    Yes, I see it.

 3         Q    All right.  Now, if we scroll down on the document

 4    there is a list of topics for Nutrition Formulators' corporate

 5    representative.  Do you see that?

 6         A    Yes, I see it.

 7         Q    Have you seen this list of topics before today's

 8    deposition?

 9         A    I've seen it before, yes.

10         Q    And are you prepared to give testimony regarding the

11    topics listed in each paragraph?

12         A    Yes.

13         Q    Thank you.  And do you understand that your testimony

14    and answers are not based only on your own personal knowledge

15    but also all knowledge known or reasonably available to

16    Nutrition Formulators?

17         A    It is correct.

18         Q    And you understand that you are here to testify on

19    behalf of Nutrition Formulators, Inc., one of the two company

20    defendants in this case?

21         A    Yes.

22         Q    And you understand that your answers and testimony

23    are binding on Nutrition Formulators, Inc., correct?

24         A    Yes, I understand it.

25         Q    Now, just to help speed along the deposition today,
```

1  whenever I make mention of Nutrition, the company, or NFI, you

2  understand that I'm referring to the Defendant Nutrition

3  Formulators, Inc., in this case, correct?

4       A    Yes, I understand it.

5       Q    Thank you.

6            MR. BARROUKH:  Freddy, you can go ahead and stop

7       sharing your screen, please.  Thank you.

8  BY MR. BARROUKH:

9       Q    Now, Fabiana, what is your role or position with the

10 company?

11      A    I am the general manager.

12      Q    And how long have you been the general manager for

13 the company?

14      A    Seven years.

15      Q    Now, before we continue into your experience, what is

16 your level of English proficiency?

17      A    Oh, I do speak it and I get to write it in the

18 technical form, but you can say I'm an intermediate level.

19      Q    All right.  So it is more comfortable for you to

20 provide responses in Spanish, correct?

21      A    It is correct.

22      Q    Now, did you work for the company before assuming the

23 role of general manager?

24      A    Yes.

25      Q    And what prior roles did you have for Nutrition

```
 1   Formulators?
 2             THE INTERPRETER:  The lady, your witness, has asked
 3        the interpreter whether she wants me to actually hear
 4        short or long sentences.  I let her know that she can
 5        speak as long as she wishes.  I'm prepared for it.  Thank
 6        you.  It was a long rendition.  My apologizes on the
 7        delay.  The answer is as follows:
 8        A    Well, I actually had various roles within the
 9   company.  First of all, well, at the time when I got hired by
10   Nutrition, you know, I was providing my services, you know.  It
11   was some type of service that was required within the company.
12   Then I developed myself within that position for a very short
13   time.  More or less it could have been about a month I would
14   say.
15             Then there was a vacancy or an opening there at the job
16   for quality, you know, for the quality department.  Then when I
17   did all that documentation, you know, it was a lot of filing
18   that needed to be done there and then I needed to organize some
19   documentations.  Then another position opened up.  It is called
20   regulatory specialist, that's what it's called.  I applied for
21   that position and it was provided to me.  I developed within
22   that position for approximately eight months.
23             Thereafter, you know, I spoke with the general manager, he
24   asked me if I can help coordinate some stuff with human
25   resources and he asked me if I could run both positions
```

1    parallel at the same time.  I said, yes, I can do that.  You

2    know, I felt I was able to do all that stuff at that time.

3    Then for some reason, human resources, that person stopped

4    working there at Nutrition.  So then the owner asked me, the

5    owner of the company asked me -- offered me the job as the

6    general manager which I accepted.

7         Q    All right.  And, Fabiana, if you see me looking down

8    I'm just taking notes.  I do not mean to be disrespectful.

9    Understood?

10        A    It is just fine, sir.

11        Q    Now, do you know the name of the role when you began

12   work for Nutrition Formulators, when you started providing

13   services for around one month?

14             THE INTERPRETER:  The interpreter needed to clarify

15        the answer.  It has been confirmed.

16        A    Yes, when I started there I actually started as an

17   operator for packaging.  Then that was back in, if I'm not

18   mistaken, it would be January 2016 or 2017.  I am not precise

19   pertaining to that date, sir, but I can look it up in my

20   record.

21   BY MR. BARROUKH:

22        Q    Understood.  Now, how long did you work in the

23   quality department for after working as a packaging operator?

24        A    A few months.

25        Q    And did you supervise or manage any subordinates when

1   you worked in the quality department?

2       A    No.

3       Q    And when you assumed the role of regulatory

4   specialist for eight months, did you supervise or manage any

5   subordinates?

6       A    No.

7       Q    Now, did you carry a title following your regulatory

8   specialist position when the GM asked for help to coordinate

9   between himself and the HR?

10      A    Unfortunately, I do not understand the question.

11  Would you mind repeating the question or rephrasing?

12      Q    You told me that following your work as a regulatory

13  specialist you helped the general manager coordinate with human

14  resources; isn't that right?

15      A    It is correct.

16      Q    And what was your title, if you had one, when you

17  performed that work?

18      A    I was human resources coordinator.

19      Q    Understood.  And how long were you the human

20  resources coordinator for?

21      A    That could have been for a few years, a couple of

22  years.

23      Q    From what year to what year were you the human

24  resources coordinator?

25               MR. PERERA:  Objection to form.

1      A    I really can't remember.  Would you mind giving me a

2  minute so I can backtrack or think about it, please?

3  BY MR. BARROUKH:

4      Q    Take as much time as you need.

5      A    Thank you.  Yes, it was 2016, 2017.

6      Q    And what year did you begin work for Nutrition

7  Formulators?

8      A    2016.

9      Q    So to confirm, you joined the company and became the

10  HR coordinator in the same year, correct?

11      A    I believe so.

12      Q    And in 2017 your role changed from the HR coordinator

13  position to the general manager position, correct?

14      A    Yes, that is correct, but, you know, when I was

15  handling that HR, the human resources department as such, I

16  continued in handling the HR or human resources as my

17  responsibility.  You know, basically I stayed there at

18  Nutrition there for some time because I saw that there was no

19  human resources department that existed there.  When I noticed

20  that we actually needed a human resources department, that's

21  when I started looking for a person which would be able or

22  capable of handling such position.

23      Q    And what year did you hire or did the company create

24  its human resources department?

25      A    Honestly, I cannot remember exactly.

1    Q    And is Barbara Fisher the head of Nutrition's human

2  resources today?

3    A    No, she's not it.

4    Q    Who is?

5    A    It is Ms. Eliet Arana.  The name spells as follows:

6  E-L-I-E-T, Eliet, last name, A-R-A-N-A, Arana.

7    Q    And who was the prior HR head for the company?

8    A    Barbara Fisher.

9    Q    And was Barbara Fisher the first official head of

10  human resources for Nutrition?

11    A    No.

12    Q    Who was that?

13         THE INTERPRETER:  Interpreter needed to clarify the

14    answer.  It is as follows:

15    A    Well, I can't seem to remember her name.  I do know

16  that I have it in my records somewhere, but I cannot seem to

17  remember her name.  The first person who actually had that

18  position in HR after me, I can't remember her name.

19  BY MR. BARROUKH:

20    Q    And when did Nutrition introduce a company or

21  employee handbook?

22         THE INTERPRETER:  That was a handbook, am I correct,

23    sir?

24         MR. BARROUKH:  Yes.

25         THE INTERPRETER:  Thank you.

```
 1        A    Oh, I don't know.  You know, I can say that it's been
 2   a long, long time, but I'm not able to tell you the date
 3   exactly.
 4   BY MR. BARROUKH:
 5        Q    Do you know how many employee handbooks, how many
 6   versions of handbooks, Nutrition has had in the last five
 7   years?
 8        A    Honestly, no, I wouldn't be able to tell you exactly.
 9        Q    Do you know if Nutrition has a new handbook every
10   year?
11        A    No.
12        Q    Do you know what handbook was in effect in 2023?
13             MR. PERERA:  Form.
14        A    No.
15   BY MR. BARROUKH:
16        Q    All right.  I'm going to go back to the list of
17   topics in Plaintiff's Exhibit 1 and direct your attention to
18   paragraph 13, please.
19        Do you have knowledge of Defendant's employee handbook
20   that was in effect during Plaintiff's employment?
21        A    Well, honestly, I'm not able to remember exactly, you
22   know, which version existed at that time, but what I understand
23   and I know that there's a manual which includes politics,
24   procedures to be followed, you know, which is only updated
25   whenever it is needed or required.  They do not create a new
```

```
 1    one every single year.
 2              MR. PERERA:  Real quick, I'm going to object to
 3         the translation of politica as politics.  Politica in
 4         this context means procedures.
 5              THE INTERPRETER:  Well, it would be procedural
 6         norms or procedures to be followed, sir.  The interpreter
 7         stands corrected.  Would you like for me to verify and
 8         clarify what she meant by politics within that handbook,
 9         sir?
10              MR. BARROUKH:  Freddy, I think the interpreter is
11         asking you or I'm not sure if he's directing that question
12         to me.
13              MR. PERERA:  I suppose it's going to come up again.
14         That's a term that has two translations, but clearly in
15         the employment content, politica is policies and
16         procedures.
17              MR. BARROUKH:  Mr. Interpreter, if we can proceed
18         with that understanding of politica, that would be great.
19              THE INTERPRETER:  Excellent, sir.  Thank you.
20              MR. BARROUKH:  Thank you.
21              THE INTERPRETER:  You're welcome, sir.
22    A    What I meant to say politics, I mean to say there's
23    policies pertaining to procedures that need to be applied.
24    BY MR. BARROUKH:
25    Q    Understood.  Now, who would have knowledge of
```

 1   Defendant's employee handbook that was in effect during the

 2   Plaintiff's employment?

 3       A    It would be the human resources department.

 4       Q    And was Barbara Fisher, the head of the human

 5   resources department in 2023 when my client was working at

 6   Nutrition Formulators?

 7       A    Yes, it is correct.

 8       Q    So Barbara Fisher would have knowledge of the

 9   Defendant's employee handbook that was in effect during

10   Ms. Cardona's tenure with Nutrition, correct?

11           MR. PERERA:  Objection.  Calls for speculation.

12       A    I would not be able to assure that.

13   BY MR. BARROUKH:

14       Q    So to your knowledge would anybody -- strike that.

15   To your knowledge who, if not Barbara Fisher, would have

16   knowledge of the company's employee handbook that was in effect

17   during 2023?

18       A    It should be Barbara Fisher.

19       Q    So when I asked you at the beginning of this

20   deposition if you were prepared to testify about each topic,

21   did that include paragraph 13?

22           MR. PERERA:  Objection.  Argumentative.

23       A    What is your question exactly?

24           THE INTERPRETER:  Should I ask the question again,

25       sir?

1    BY MR. BARROUKH:

2         Q    My question was whether you have knowledge of

3    Nutrition Formulators employee handbook that was in effect in

4    2023?

5              MR. PERERA:  Objection to form.

6         A    I responded to you that it was Barbara Fisher who was

7    in charge who had that knowledge about the handbook and all the

8    procedures that were in effect at that time.

9    BY MR. BARROUKH:

10        Q    And do you know how many employee handbooks were in

11   effect for Nutrition Formulators in 2023?

12        A    No, I do not know it.

13        Q    So are you prepared to testify on behalf of the

14   company's knowledge of Defendant's employee handbook that was

15   in effect during Plaintiff's employment?

16        A    The Plaintiff, the worker that used to work for us,

17   I do not understand that phrase.

18        Q    Are you prepared to testify to having knowledge or

19   about the Defendant's employee handbook that was in effect from

20   June of 2023 to September 30th of 2023?

21        A    I believe so.  I do have the knowledge, but I'm not

22   exactly sure which version that handbook was being actually

23   applied back then.  I know it's updated every now and then

24   whenever the company needs to actually modify or add certain

25   information norms or procedures within it.

1    Q    Do you know when that -- do you know how many times

2  the company's employee handbook has been updated since

3  September of 2023?

4    A    No, I do not know it.

5    Q    And to clarify, sitting here today you do not have

6  knowledge of what version of the employee handbook was in

7  effect in 2023, correct?

8    A    It is correct.

9    Q    Do you review and approve the updates to the

10  company's employee handbook?

11        MR. PERERA:  Form.

12    A    Yes, of course, I read them.  I get to read them as

13  any other employee from the company.

14  BY MR. BARROUKH:

15    Q    But do you -- do you incorporate and suggest edits to

16  the employee handbook for the company?

17        MR. PERERA:  Form.

18    A    Well, yes, I have the capacity to do so, yes, but,

19  the review of such documents in the handbook, it's an attorney.

20  BY MR. BARROUKH:

21    Q    And do you know if the employee handbook is

22  distributed to assignees of the company?

23    A    Not assignee, I believe not, no.

24    Q    Just to confirm, do you know what I mean when I use

25  the word assignee?

```
 1              THE INTERPRETER:  That was assigning, am I correct,
 2       sir?
 3              MR. BARROUKH:  Assignee, A-S-S-I-G-N-E-E.  Assignee.
 4              THE INTERPRETER:  Thank you for clarifying, sir.
 5       A    Well, yes, but I believe what you're referring to is
 6  pertaining to a person that is not directly an employee from
 7  Nutrition Formulators.  He's not assigned.  What it is is that
 8  he's actually -- he has the job through another agency, job
 9  agency who got him the job in this case.  I believe he is not
10  an employee of us directly, but he's assigned.  But I believe
11  that's what the attorney is referring to.
12  BY MR. BARROUKH:
13       Q    Correct.  Do you know if those individuals are given
14  an employee handbook to follow from the onset of their tenure
15  with the company?
16              MR. PERERA:  Objection.  Form.
17       A    Yeah, the person, they're assigned by another agency
18  to work within us, they're given certain norms but we do not
19  provide them with the booklet or the manual per se.  It is not
20  given to them.  But they do have to follow certain norms,
21  though.
22  BY MR. BARROUKH:
23       Q    Are you saying that assignees or individuals placed
24  at the company from a third-party agency do not have to sign or
25  abide by the employee handbook for Nutrition Formulators?
```

```
 1                THE INTERPRETER:  That was abide and sign, am I

 2        correct, sir?

 3                MR. BARROUKH:  Yes.

 4                MR. PERERA:  Objection.  Form.

 5        A     No, they're not obligated to sign it.

 6   BY MR. BARROUKH:

 7        Q     Are they asked to sign it by the company?

 8        A     No.

 9        Q     Why not?

10        A     Because they're not employees for Nutrition

11   Formulators.

12        Q     So are you telling me then assignees of the company

13   do not need to follow the employee handbook for the company?

14        A     Generally, companies that recruit personnel, you

15   know, and they actually assign for a company, Nutrition

16   Formulators, they explain to them the norms that they need to

17   follow and the process during the training process.  They tell

18   them what they need to know, what they need to do, all the

19   norms that they need to follow, but they do not sign the book

20   because they're not directly employees for Nutrition, you know.

21   They do not receive our handbook.

22                MR. PERERA:  Object to the translation there.

23                MR. BARROUKH:  You cut off at the beginning, Freddy,

24        What did you say?

25                MR. PERERA:  I'm objecting to the translation.  The
```

```
 1        testimony was that the agencies provide the background and

 2        the rules of, basically, Nutrition Formulators.  Then when

 3        they are training at Nutrition Formulators, Nutrition

 4        Formulators advises of them directly.  The translation I

 5        think suggest that during the training period that the

 6        agency, you know, are the ones that tell them the rules

 7        and regulations.  That wasn't the testimony.

 8             THE INTERPRETER:  What?  Sorry, sir.  I will clarify

 9        with the witness at this time if I may just to clarify the

10        issue.

11             MR. PERERA:  That's not what I said.

12             THE INTERPRETER:  What?  Sir, may I please ask --

13        have you ask your question so I can confer with your

14        client, if I may, please?  What is it that you need to

15        clarify, sir?

16             MR. PERERA:  You are basically asking the question of

17        whether the agency is the one that provides the training.

18        That wasn't her testimony.

19             THE INTERPRETER:  That's what I like to find out

20        because that's what your interpreter heard.  Would you

21        mind if I clarify that issue, first of all?

22             MR. PERERA:  Please do.

23             THE INTERPRETER:  Thank you.

24   A    They do not train them.

25             MR. PERERA:  And, specifically, her testimony was not
```

```
 1    in general.  She's talking about as to NFI's policies and
 2    procedures, okay, not just in general training.  You can
 3    re-ask the question and make sure we get the correct
 4    answer.
 5    A    It is incorrect.
 6        MR. PERERA:  Give me one second.  Give me one second,
 7    please.
 8        THE INTERPRETER:  How would you like to clarify this
 9    issue?  Would you mind issuing another line of question
10    in order to clarify this discrepancy per se?
11        MR. PERERA:  If the court reporter can just read back
12    the original question and then she's going to re-give you
13    the answer.  I think you are conflating, you're mixing the
14    issue of the third-party agency and then during the
15    training who provides information about policies.  If you
16    can listen to the answer as she makes the distinction,
17    please.
18        THE INTERPRETER:  Mr. Barroukh, you are in control of
19    this depo.  How would you like to proceed?
20        MR. BARROUKH:  Freddy, if that is what she is saying,
21    I would be fine with that testimony being given by the
22    interpreter.  If there's another issue that is bigger than
23    just that, maybe we can take a break and figure it out,
24    but I will be asking a line of questioning about the
25    assignments, about all of this, and it needs to happen one
```

```
 1        way or another.
 2             MR. PERERA:  Well, again, I think the easiest way is
 3        to just get the question, the original question, she's
 4        going to answer it.  And I think part of the problem is
 5        obviously you and I Daniel live this case and so we
 6        understand when she's making certain references.  Someone
 7        who doesn't and comes from the first time, I think it's
 8        easy to just conflate the two issues of the third-party
 9        agency and then NFI.  But that's obviously a very
10        important point of distinction and the testimony.  So if
11        we can just read back the question, if we can get a
12        nice slow answer and appropriate translation, I think that
13        will be great.
14             MR. BARROUKH:  Sure.  And if there are further issues
15        I can ask some questioning to clarify the third-party
16        agency, NFI, and any other entities that need to be made.
17             How about this, let's take a five-minute break.
18        Ms. Court Reporter take some time to go back to that
19        question and we can come back in five minutes.
20             (A recess was taken.)
21             MR. BARROUKH:  Back on the record.  If you can repeat
22        my question, please.
23             (The court reporter read back.)
24             MR. PERERA:  Objection to form.
25        A     It was a long rendition.  My apologies for the delay.
```

```
 1   I needed to ask for a pause.  Thank you.  Okay.  Let me

 2   explain.  I'm going to explain this to you in which way we

 3   actually handle this manual.  It's only for employees.  There's

 4   many norms there and benefits too that are provided within the

 5   handbook, however, you know, that's for a person that is with

 6   the company.  But it does not mean that the person -- it means

 7   that we did not give training directly to that person and

 8   because those persons are from another company, they're from an

 9   outside company, they don't have the same benefits and they

10   don't have vacations as we do.  They don't enjoy the same

11   benefits because they work for an outside company.  They are

12   not direct employees.

13       But the company has many norms.  The company actually

14   provides -- they actually -- we create supplemental dietary

15   items including those outside needs.  They need to be trained

16   pertaining to sanitary norms.  They need to follow those norms.

17   They're longer -- I mean, there's more norms in that handbook,

18   but we do get to explain some of it in this case, any person,

19   you know, we actually let them know if they have any

20   inconvenience or any problems they can go to HR or human

21   resources.  We also explain to them, you know, generally.

22       Now, we have to train them too.  It all depends the

23   position the person is going to fill in.  They need more

24   specific training for some positions.  It all depends on the

25   position that they're going to take.  We call that SOPs.  We
```

1    explain to them generally their rights, but they do not have to

2    sign the handbook, you know, for the company because they don't

3    enjoy those benefits because they are not direct employees.

4    But, you know, not many of the training is provided or given to

5    them.

6              MR. PERERA:  I keep repeating that she is saying that

7         they didn't provide training which is not what she's

8         saying.  If we can -- sir, let me finish, please, and then

9         no problem.  I understand that, you know, I guess you let

10        the witness go on for a while before you interpret; I

11        think there's a lot that's being omitted.  If I can

12        suggest in the witness's answers once we get, you know,

13        two or three sentences, let's stop and let's get the

14        translation, please, and that way we capture everything.

15             THE INTERPRETER:  Very well, sir.  In this case I

16        will advise the witness to speak in short and brief

17        sentences, not to be extensive with her answers if that's

18        okay with her.  In the alternative, sir, I feel that

19        there's going to be a lot of objections that is being

20        made.  I would rather ask for a replacement at this time,

21        if I may.  Would you mind giving me three to five minutes

22        before I get a replacement, sir?  I really appreciate it.

23        Thank you.

24             MR. PERERA:  Thank you.

25             MR. BARROUKH:  Thank you, Fernando.

1           THE INTERPRETER:  You're welcome, sir.  My apologies.

2      Thank you.

3           MR. BARROUKH:  All right.  So let's take a break for

4      another five minutes or maybe ten until we have a new

5      interpreter joining the call.  Thank you.

6           (A recess was taken.)

7                         *   *   *   *   *

8                         DANIA MARQUEZ,

9  having been duly sworn to interpret from English to Spanish and

10   Spanish to English all testimony to the best of his ability.

11           THE INTERPRETER:  Yes.

12  BY MR. BARROUKH:

13      Q    Now, Fabiana, we were just discussing whether

14  assignees of Nutrition are asked and required to sign an

15  employee handbook.  Do you recall that?

16           THE INTERPRETER:  What was the very last, a manual?

17           MR. BARROUKH:  Employee handbook.

18      A    I don't remember.  Yes, I remember.  Yes, I remember.

19  BY MR. BARROUKH:

20      Q    Could you please repeat your response with regards to

21  whether assignees for Nutrition are required to sign the

22  employee handbook?

23      A    Yes, the employee -- the agency employees or the

24  employees assigned from Nutrition Formulators, they sign the

25  books, the employee books from the agency that the agency

```
 1   provides to them.

 2        Q     So to be clear, these assignees are not required to

 3   sign Nutrition's employee handbook, correct?

 4             THE INTERPRETER:  Assignee being a different word

 5        now?

 6             MR. BARROUKH:  Assignees, A-S-S-I-G-N-E-E-S.

 7             THE INTERPRETER:  Thank you.

 8        A     No, they don't have that requirement.

 9   BY MR. BARROUKH:

10        Q     What other differences are there between Nutrition

11   Formulators employees and its assignees with respect to their

12   employment?

13             MR. PERERA:  And just for the interpreter, you

14        don't have to interpret Nutrition Formulators in Spanish.

15        It's the name of the company so you can say Nutrition

16        Formulators.

17             THE INTERPRETER:  Oh, it's the name of the company.

18        Thank you.  Thank you, counsel.  I was thinking that these

19        are two different types of employees.  So the difference,

20        the last question was what is the differences between

21        the Nutrition Formulators employees and the assignees

22        employees?

23             MR. BARROUKH:  I'll repeat my question.

24   BY MR. BARROUKH:

25        Q     My question was:  What other differences are there
```

```
 1   between Nutrition Formulators employees and assignees?

 2       A    I am going to number various differences.  Number one

 3   is the benefits.  The Nutrition Formulators employees have

 4   benefits.  They have vacations that the assignees don't have.

 5   When Nutrition Formulators hire an employee, Nutrition

 6   Formulators calls those employees directly to let them know

 7   that they have been chosen for that position.  When it's an

 8   assignee, then the agency, the employment agency, gets in touch

 9   with Nutrition Formulators and Nutrition Formulators contacts

10   the employee, the potential employee?

11           MR. PERERA:  I'm going to object to that last

12       translation.

13           THE INTERPRETER:  Pardon me, Counsel.

14           MR. PERERA:  The statement was that when it's an

15       assignee, Nutrition Formulators speaks with the agency and

16       the agency notifies the employee as opposed to Nutrition

17       Formulators making direct contact with the worker.  You

18       had like 95 percent of it right and then at the end I

19       think you said Nutrition Formulators contacts the

20       assignee.

21           THE INTERPRETER:  I'm sure I made that mistake.

22       I'm jumping in.

23           MR. BARROUKH:  Ms. Interpreter, there's no problem.

24       There's no rush.  We can go as slow as we need.  We have

25       some time.  Okay?
```

1          THE INTERPRETER:  Thank you.

2          THE INTERPRETER:  The first difference that you spoke

3     to was about vacation.  Nutrition Formulators will

4     communicate with the agency and the agency would

5     communicate with the assigned person.  Thank you, counsel.

6     A     When I have a direct employee from Nutrition

7  Formulators, Nutrition Formulators pays the employee directly.

8  When it's an assignee, Nutrition Formulators pays the agency of

9  contracting and the agency is in charge of paying the assignee.

10  Now, all of them, the employees and the assignees, they all

11  must comply with all common rules, regulations that are common

12  for everyone.

13  BY MR. BARROUKH:

14     Q     Now, do the assignees sign any documents to that

15  effect?

16          MR. PERERA:  Objection.  Form.

17     A     Yes.

18  BY MR. BARROUKH:

19     Q     Do you know what the names of those documents are?

20     A     Some are called procedures manuals, others are good

21  practices of manufacturing norms, regulations of good practices

22  of manufacturing, good practices of documentation, sanitation

23  and hygiene practices.  And depending on the position, each

24  employee must complete a training and the assignees also must

25  complete it and sign that they received that training.

1    Q    Then does Nutrition Formulators maintain and document

2    those signed statements from the assignees that they've

3    completed the training and reviewed the policies?

4         MR. PERERA:  Objection.  Form.

5    A    Yes.

6    BY MR. BARROUKH:

7    Q    Then why has that not been provided to me, to my

8    client to this point?

9         MR. PERERA:  Objection to form.

10   A    Your client, Sandra, stopped working here it has been

11   a while.  It has been some time.

12   BY MR. BARROUKH:

13   Q    Are you telling me that Nutrition has disposed of or

14   thrown out documentation with the company?

15   A    No.  No, I don't know.  No.  No.

16   Q    Were you responsible for helping organize, select,

17   and produce documentation in this lawsuit?

18        MR. PERERA:  Objection to form.

19   A    Yes.

20   BY MR. BARROUKH:

21   Q    Then where are those documents for my client that you

22   just referenced?

23   A    As far as I remember she signed the SOPs and they

24   should be in the file.

25   Q    I can represent to you that we do not have any SOPs

```
 1    that she signed produced to our office by your law firm; do you

 2    understand?

 3              MR. PERERA:  Objection.  Form.

 4        A    Yes.

 5    BY MR. BARROUKH:

 6        Q    Sitting here today do you have access to my client's

 7    signed documentation from when she performed work at Nutrition?

 8              MR. PERERA:  Objection to form.

 9        A    Yes.

10    BY MR. BARROUKH:

11        Q    And why has it not been produced to your attorney's

12    office?  They have requested it.

13              MR. PERERA:  Just a second.  Any discussions that

14         we've had, Fabiana, you're not to disclose any discussions

15         with that.  Also, as to the question as to what we

16         discussed with our clients, I'm pretty sure no one knows

17         other than us so the premise of the question I'll object

18         to as well.

19              MR. BARROUKH:  I understand, but she did help

20         complete the discovery request, correct, from what she

21         told me and those documents were requested as part of

22         Plaintiff's discovery request.

23              MR. PERERA:  Your question was why if your lawyer has

24         asked for that you didn't turn it over.  You don't know

25         what we asked for or we didn't.
```

```
 1                MR. BARROUKH:  Understood.  Understood.

 2    BY MR. BARROUKH:

 3        Q    Fabiana, do you still have access to Sandra Cardona's

 4    personnel file sitting here today?

 5                MR. PERERA:  I'll object to the term personnel file.

 6        You can answer the question.

 7        A    Yes.

 8    BY MR. BARROUKH:

 9        Q    Have you produced my client's personnel file at this

10    time in the lawsuit?

11                THE INTERPRETER:  Did you produce, was that the

12        question, Counsel?

13    BY MR. BARROUKH:

14        Q    Have you produced my client's entire personnel file

15    at this time in the lawsuit?

16                MR. PERERA:  Objection.  Form.

17        A    Yes.

18                MR. BARROUKH:  Off record for one moment, please.

19                (An off-the-record discussion took place.)

20    BY MR. BARROUKH:

21        Q    Fabiana, I'm going to show you what I've marked as

22    Plaintiff's Exhibit 2.

23                (Whereupon, Plaintiff's Exhibit 2 was marked for

24        identification.)

25    BY MR. BARROUKH:
```

```
 1      Q     And let me know when you can see the document.

 2      A     Yes, I can see it.  I see it.

 3      Q     Do you know what this document is?

 4      A     Yes.

 5      Q     What is this document?

 6      A     It's an interrogatory.

 7      Q     That is not correct.  Let me represent to you that

 8   this is Nutrition Formulators' First Responses to Plaintiff's

 9   First Request For Production.  Do you understand?

10          MR. PERERA:  Fabiana, so you're clear and not

11      confused, interrogatories are documents that you sign for.

12      The responses and objections to this document, which is

13      asking for documents, we sign for as the lawyers.

14      A     I understand, but can I see it completely because I

15   can only see the title?

16   BY MR. BARROUKH:

17      Q     Yes.  It's 20 pages.  Would you like for me to scroll

18   through the whole document?

19      A     Yes, please.

20      Q     Would you like to read the whole document or just let

21   me scroll -- allow the interpreter to translate, please.  Would

22   you like me to provide you time to read the whole document or

23   just scroll through the whole document?

24      A     I just want to see it.

25      Q     Okay.  Now, the difference between the
```

1    interrogatories that you mentioned and these Requests For

2    Productions is that interrogatories are written questions that

3    warrant a written response.  These Requests For Production are

4    a written request for documents that generate certain responses

5    in addition to documents being sent as well.  Do you

6    understand?

7            THE INTERPRETER:  Counsel, if you don't mind

8        repeating.  Interrogatories are written questions.

9            MR. BARROUKH:  Written questions that require

10       written responses.  Request For Production is a written

11       request seeking documents that respond to the written

12       request.

13   BY MR. BARROUKH:

14       Q    Do you understand?

15       A    Yes.

16       Q    All right.  Now, we have asked for all written job

17   descriptions or any other documents that relate or pertain to

18   the work duties and their responsibilities to each position

19   held by the Plaintiff during the course of her employment with

20   Defendant.  Do you see that?

21       A    Yes.

22       Q    Now, this was objected to because your lawyers state

23   Plaintiff was not employed by Defendant in part.  Do you

24   understand that?

25       A    Yes.

1    Q    Now, if this was changed to "during the course of her

2    assignment with Defendant", what would your response be?

3         MR. PERERA:  So that's a question for a lawyer.  She

4         wouldn't be responding to these interrogatories, we would.

5         And the only way she would know the answer is through

6         discussions with us so you're not to answer that question,

7         Fabiana.

8    BY MR. BARROUKH:

9    Q    Fabiana, I'm going to ask you a question.  Do you

10   have documents that pertain to my client's assignment with

11   Nutrition Formulators?

12   A    Any type of document?  I don't understand the

13   question.

14   Q    That's correct.

15        MR. PERERA:  Objection.

16   A    Yes, there are documents related to your client.

17   BY MR. BARROUKH:

18   Q    Are there documents including those she signed

19   acknowledging company policies?

20   A    I believe so.

21   Q    And do you have access to those documents sitting

22   here today?

23   A    Yes.

24   Q    And what do those include?

25        MR. PERERA:  Objection.  Form.

```
 1        A    I would have to look at them.

 2   BY MR. BARROUKH:

 3        Q    Do you know what those documents are typically

 4   inclusive of?

 5             MR. PERERA:  Object to form.

 6        A    Typically, there's always filled out and signed

 7   employment application, safety regulations, general policies.

 8   BY MR. BARROUKH:

 9        Q    And do you require all assignees or employees to

10   complete those documents?  And when I say you I'm referring to

11   the company.

12             MR. PERERA:  Form.

13        A    The employment application, yes, I'm 100 percent sure

14   that it must be done.  And human resources explains to the

15   employees about the general policies when they start.

16   BY MR. BARROUKH:

17        Q    And are they allowed to begin work without signing

18   the policies, SOPs, and safety acknowledgments?

19             MR. PERERA:  Objection to form.

20        A    They have to read them.  They have to read the good

21   manufacturing practices.  They have to read the good

22   documentation practices.

23   BY MR. BARROUKH:

24        Q    And do you believe that those documents should be

25   included in a personnel file for the individual who signed
```

```
 1   them?

 2              MR. PERERA:  Objection.  Form.

 3        A    No, if it's a person assigned by the agency, no.

 4   BY MR. BARROUKH:

 5        Q    Why not?

 6        A    It's an employee from the agency.  It's not an

 7   employee from Nutrition Formulators.

 8        Q    So why would the documents they sign for Nutrition

 9   Formulators not be in their files at Nutrition Formulators?

10              MR. PERERA:  Form.

11        A    They are not employees from Nutrition Formulators.

12   BY MR. BARROUKH:

13        Q    Do you maintain personnel files for assignees at

14   Nutrition Formulators?

15        A    Yes.

16        Q    Well, why would you have those at Nutrition

17   Formulators if they're not employees of the company?

18              MR. PERERA:  Objection.  Argumentative.

19        A    It's important to have the telephone number of the

20   person and certain data from the person in case of an

21   emergency, emergency contact also, and for those reasons those

22   files are maintained.

23   BY MR. BARROUKH:

24        Q    What else is included in the assignees' personnel

25   file with Nutrition Formulators at Nutrition Formulators?
```

1        MR. PERERA:  Objection.  Form.  I just want to note

2    real quick, a lot of these questions are outside of the

3    topics.  I'm trying not to interrupt, but I'm going to

4    have to start, you know, drawing the lines that are in the

5    corporate rep topics at some point.

6    A    Besides the employment application, in the employment

7  application there is all the information that we require from

8  the person in case of an emergency.  Everything is there.

9        MR. BARROUKH:  And, for the record, Freddy, this is

10    not outside of the scope of the corporate rep list.  Let

11    me show you the corporate rep list which I previously

12    marked as Plaintiff's Exhibit 1 ask for whether the

13    corporate rep has knowledge related to each and every

14    document provided in paragraph 1 and 2, knowledge related

15    to each and every interrogatory response, and number 3, as

16    well as countless other requests for knowledge of

17    information about her job performance, reviews,

18    evaluations, duties, what the company ask of her and

19    whatnot.  That is absolutely maintained and should be

20    maintained in her personnel file and that is why I'm

21    asking those questions.  Those questions are similarly

22    presented in her interrogatories and in her Requests For

23    Production which is included in the corporate

24    representative list.

25        MR. PERERA:  Example, on one it talks about knowledge

1    related to each and every document provided by Defendant

2    in response to Plaintiff discovery request.  You've asked

3    a series of questions of what should be in a personnel

4    file in general, you're not talking about the personnel

5    file that was produced in response here.  That's why I

6    objected.  And that's outside the scope.  And, again, I'm

7    not here to -- you know, I think most lawyers would box

8    you in completely to it.  I'm just letting a lot go, but

9    I'm letting you know that I am going to be looking at the

10   topics more closely just because we're wasting a lot of

11   time with these questions.

12        MR. BARROUKH:  That's fair, but I believe that her

13   responses are not as clear as they probably could be and

14   that's why we're also wasting some time here.

15        MR. PERERA:  I disagree.  You're asking questions

16   about what should be in the personnel file.  There was a

17   series of questions on that.  It's just not in the scope

18   of the topics.

19        MR. BARROUKH:  Agree to disagree on that.

20   BY MR. BARROUKH:

21        Q    Now, Fabiana, what is maintained in the Nutrition

22   employees' personnel files that is not maintained in its

23   assignees personnel files?

24        MR. PERERA:  Example, contrasting those two things

25   are not in the topic.  I'm going to let this one go as

1    well, but I'm telling you I'm going to instruct her not to

2    answer going forward.

3        MR. BARROUKH:  Listen, Freddy, I understand to an

4    extent what you're saying, but at the same time this is

5    not only relevant, there's an argument easily for it to be

6    within the topics, and I don't think this is the

7    appropriate place to get into that argument.  I think it's

8    a reasonable fair question.  I'm not pushing and this

9    should not be an issue.

10       MR. PERERA:  That's not the question.  The question

11   is not whether it's relevant or it's a good question or a

12   bad question.  The question is, is it within the scope of

13   the topics.  We know what the purpose of the corporate

14   rep depo is and just because now you think it's relevant,

15   if it's not in the topics, it's not appropriate.

16       MR. BARROUKH:  Well, I've asked about the knowledge

17   of employees handbooks, knowledge of the policies and

18   procedures and she's saying the policies and procedures

19   are to have these assignees and employees sign certain

20   documents.  Now I'm asking about those documents, where

21   they're maintained and where they're stored and where

22   they're kept in the files if that's the case.  That's

23   completely tied into the topics.

24       MR. PERERA:  Respectfully, that's not your question.

25   You're asking her at this point to contrast what is in an

 1    employee personnel file and what's in the file of an

 2    assignee.  There's no topic that I'm aware of in the list

 3    that you provided that addresses that.  As a courtesy,

 4    I'll allow her to answer.  I'm just letting you know that

 5    I don't want to keep interrupting and that if it continues

 6    to be an issue I have no choice but I'm going to have to

 7    do it.  That's all I'm saying.

 8         MR. BARROUKH:  I understand.  And, listen, I

 9    appreciate the courtesy, but with all due respect,

10    courtesy or not, I think that this does fall within the

11    topics.  If we need to get a determination on that, that's

12    fine, because I presented a list asking about policies,

13    about handbooks, about all of these different procedures

14    that the company has, and this absolutely should be within

15    that umbrella.

16         MR. PERERA:  Again, when you're talking about --

17    your question, again, is not talking about those things.

18    You're saying what's in an employee personnel file,

19    what's in an assignee's file and I want you to contrast

20    those things.  That's not within any of the topics.

21         MR. BARROUKH:  That is a policy that they maintain.

22         MR. PERERA:  That is a policy?

23         MR. BARROUKH:  That's what she said.  It's not a

24    company policy to put assignee documents in a personnel

25    file.  That's what she was explaining to me.  That's a

1      policy.

2           MR. PERERA:  She explained what the practice is.

3      Okay?

4           MR. BARROUKH:  That's a procedure, a policy or

5      procedure, and that is found throughout this corporate

6      representative topic list.

7           MR. PERERA:  Again, try to construe as broadly as you

8      want.  I continue to maintain that that's out of bounce,

9      but, go ahead, Fabiana can answer the question.

10          MR. BARROUKH:  Ms. Court Reporter, can you read back

11     the question?  Actually, that's fine.  I can go ahead and

12     repeat the question.

13  BY MR. BARROUKH:

14     Q    Fabiana, what is the difference in the company's

15  procedure in filing documents related to assignees versus

16  employees?

17          MR. PERERA:  Objection.  Form.

18     A    A direct employee of the company, in his file

19  vacations are filed, banking information from the employee to

20  do direct deposit, promotions, warnings, evaluations are done,

21  those type of things.  When it's a direct employee that's what

22  typically is found in the file of a direct employee.

23  BY MR. BARROUKH:

24     Q    What else is found there?

25     A    If the person has had any work accident, work-related

```
 1   accident, if the person has had a verbal warning also.  Yes,

 2   that's what I think is filed, yes.

 3       Q    So when you say work accidents, does that include the

 4   employees report to the company?

 5            MR. PERERA:  Objection.  Form.

 6       A    We have a form that it has to be filled out when an

 7   employee, for example, falls.

 8   BY MR. BARROUKH:

 9       Q    And what about for an employee's report of

10   discrimination, harassment, or retaliation?

11       A    It should also be in the employee file.

12       Q    Now, with respect to the assignees, where do you

13   maintain their records or the vacation, benefits, the verbal

14   and written warnings, evaluations, workplace injury forms and

15   reports of unlawful activity?  And we can break that down one

16   by one if you need.

17            MR. PERERA:  Objection.  Form.

18            THE INTERPRETER:  Counsel, I mentioned vacations,

19       verbal and written warnings.

20            MR. BARROUKH:  Vacations, benefits, verbal and

21       written warnings, evaluations, workplace injury forms, and

22       forms for reports of unlawful activity.

23       A    Could we go one by one?

24   BY MR. BARROUKH:

25       Q    Absolutely.
```

 1      A    Vacations, an assignee does not have the luxury of

 2  vacations from Nutrition Formulators.

 3      Q    Next, benefits, please?

 4      A    They also don't have benefits.

 5      Q    Next, the verbal and written warnings.

 6      A    They should be in the file.  Those should be in the

 7  file.

 8      Q    To be clear, are those verbal and written warnings

 9  issued to the assignee or made by the assignee?

10           MR. PERERA:  Form.

11      A    It is made for him.  The company does a warning for

12  the assignee and it should be in the file.

13  BY MR. BARROUKH:

14      Q    And where would it be if it's not in the file.

15           MR. PERERA:  Objection to form.

16      A    It should be in the file.  If there was one, if one

17  existed, it should be in the file.

18  BY MR. BARROUKH:

19      Q    Okay.  Next, where would the assignees' evaluations

20  be?

21           MR. PERERA:  Objection.  Form.

22      A    The evaluation for an assignee is done when the

23  assignee has completed the assigned hours and Nutrition

24  Formulators would want to leave them as a direct employee.

25  BY MR. BARROUKH:

1      Q      Now, are any other performance evaluations completed

2  by the company prior to that point?

3            MR. PERERA:  Objection.  Form.

4      A      No.

5  BY MR. BARROUKH:

6      Q      Now, for assignees would their reports of workplace

7  injuries be found in their file?

8      A      Yes.  The difference is that Employment Solutions has

9  their own form to be filled out, but it should be in the file,

10  in the personnel file of the assignee.

11      Q      I appreciate you jumping ahead, but my question is

12  not with regards to Employment Solutions at this time and

13  mentions of Employment Solutions at this time are not proper.

14  I am not asking about them.  I am not specifically asking about

15  my client at this time, even though I know you anticipate where

16  my questions will go in the future, that is not what I'm asking

17  about right now.  Okay?

18            MR. PERERA:  I'm going to object to that instruction.

19      The question necessitated the mention of Employment

20      Solutions.  The witness said that they keep a record of it

21      but the form that is filled out is an Employment

22      Solutions' form provided by Employment Solutions so

23      there's no way she can answer that question without

24      mentioning that.  So as to the witness, you can mention

25      Employment Solutions if it's relevant to whatever question

Case 0:24-cv-61337-AHS   Document 37-1   Entered on FLSD Docket 04/07/2025   Page 50 of 81

Deposition of Maria Fabiana Santaella                    Sandra Cardona v. Nutrition Formulators, Inc., et al.

```
 1        you're being asked.

 2              MR. BARROUKH:  That's fine.

 3  BY MR. BARROUKH:

 4        Q    Let me ask you this, Fabiana -- first and foremost,

 5  let's finish the last category.  Where would the assignees'

 6  reports of unlawful activity be found?

 7              MR. PERERA:  Objection.  Form.

 8        A    Can you define unlawful activities?

 9  BY MR. BARROUKH:

10        Q    They're the same ones I mentioned previously,

11  discrimination, retaliation, and harassment.

12              MR. PERERA:  Objection.  Form.

13        A    If they would be there they should be filed in the

14  personnel file.

15  BY MR. BARROUKH:

16        Q    So to be clear, although an assignee is not an

17  employee, they would still have a personnel file with Nutrition

18  Formulators, correct?

19              MR. PERERA:  Objection.  Form.

20        A    Correct.

21  BY MR. BARROUKH:

22        Q    And sitting here today do you have access to my

23  client's personnel file?

24        A    Yes, human resources has it.

25        Q    Are you aware that we have previously requested my
```

```
 1    client's entire personnel file during this proceeding?

 2              MR. PERERA:  Fabiana, if any part of your answer

 3         requires you to rely upon any discussions that we've had,

 4         you're not to disclose that.  That's precisely what can't

 5         be disclosed, what we discussed.

 6    A      Understood.

 7              MR. BARROUKH:  Could you tell me what she said,

 8         though, just for the record because I do not understand

 9         what she said.

10              MR. PERERA:  She said what our discussions were which

11         is privileged.

12              MR. BARROUKH:  Okay.  I understand that that's

13         privileged, I just need to understand what she's saying.

14              MR. PERERA:  That's fine.

15    BY MR. BARROUKH:

16    Q     Now, Fabiana, to be clear, if the verbal and written

17    warnings issued by Nutrition Formulators to my client are not

18    found in her personnel file, does that mean there were no

19    verbal or written warnings issued to my client when she

20    performed work at Nutrition Formulators?

21              MR. PERERA:  Objection.  Calls for speculation.

22         There's no way to answer that question.

23    A      It should be there, but, now, if it's not there, I

24    cannot assure you that it didn't exist.

25    BY MR. BARROUKH:
```

1      Q     Would anybody have thrown away the records of verbal

2   or written warnings from her personnel file?

3            MR. PERERA:  Objection.  Form.

4      A     No.

5   BY MR. BARROUKH:

6      Q     You have not deleted any documents from Ms. Cardona's

7   personnel file, correct?

8      A     No, I have not done that.

9      Q     Who has access to the assignees' personnel files at

10  Nutrition Formulators?

11           MR. PERERA:  Objection.  Form.

12     A     Eliet Arana who is the human resources manager and

13  Ana Rodriguez who is the human resources coordinator.

14  BY MR. BARROUKH:

15     Q     And have you ever asked Ana or Eliet to delete

16  documents in my client's personnel file?

17     A     No.

18     Q     Now, what other differences are there at Nutrition

19  Formulators between its employees and its assignees?

20           MR. PERERA:  Objection to form.

21     A     Differences in general?

22  BY MR. BARROUKH:

23     Q     Any difference that you believe is important.

24           MR. PERERA:  Objection.  Form.

25     A     Not that I can think of at this moment.

1    BY MR. BARROUKH:

2         Q    Now, you told me that you've been working as the

3    general manager for seven years, correct?

4              MR. PERERA:   Form.

5         A    Yes, around six or seven years, that is correct.

6    BY MR. BARROUKH:

7         Q    What training did you have for the general manager

8    position?

9              MR. PERERA:   This is another example of a topic

10             that's beyond the scope that was requested, but you can

11             answer that.

12        A    When you talk about training is it training in

13   Nutrition Formulators?

14   BY MR. BARROUKH:

15        Q    Any training that you believe allows you to perform

16   the role of general manager properly.

17        A    Before coming over here I was the CEO of two

18   companies in Venezuela.  They were companies that worked for

19   Nestle in Venezuela, an outsourcing company.

20        Q    And did you train the managers and supervisors at

21   Nutrition Formulators in any way, shape, or form?

22             MR. PERERA:   Objection to form.

23        A    As far as general policies, in the material as far as

24   their --

25             THE COURT REPORTER:   I'm sorry, I didn't get that.

```
 1        A     -- competitions as managers.  For instance, if that

 2   person is a chemist, that person comes already trained as a

 3   chemist, but I train them on our procedures.

 4             MR. PERERA:  Object to the translation to

 5        competition.  The word used was competencia which as

 6        mentioned by the witness is talking about she didn't train

 7        them on the competency of their specialization.  So that

 8        word could be competition or competency.  In that context,

 9        I'll submit that she meant in competency.

10        A     I trained them in reference to the norms in policies

11   of the company.

12             THE INTERPRETER:  I just explained the difference

13        between just a regular conversation and something that's

14        being put on a transcript.  It's causing me to make

15        mistakes.  Madam court reporter, is there something that

16        we need to clarify?

17             MR. PERERA:  My only point was that the translation

18        to that, I didn't train them on their competition, that

19        the translation is on their competency is the appropriate

20        translation.

21             THE INTERPRETER:  Right.  Because she said

22        competition of managers, but it's competency of their

23        position.

24             MR. PERERA:  Exactly.  It's confusing because you

25        can say both to that word, competition, competency.
```

```
 1              THE INTERPRETER:  Thank you, counsel.

 2              MR. BARROUKH:  Off the record for one minute, please.

 3              (An off-the-record discussion took place.)

 4   BY MR. BARROUKH:

 5         Q    Now, for the record, I believe that there are

 6   significant discrepancies between the testimony you've given

 7   today and yesterday by the corporate representative and

 8   Mr. Octavian Ion with regards to Defendant's discovery response

 9   and the documents produced by the Defendant, Nutrition

10   Formulators.  I believe that we cannot have a productive and

11   efficient deposition moving forward without the further

12   documents being produced at this time.  If I cannot obtain

13   those records from my client's personnel file that should be

14   there as per the testimony given, this deposition will end and

15   we will have to go to the judge.

16              MR. PERERA:  To be clear, as I made clear off the

17         record, I believe Nathaly did as well, we completely

18         disagree with your assessment.  In fact, we disagree with

19         your interpretation of what the testimony has been to

20         date.  Our position is, and remains, you have received the

21         full file for this assigned worker.  You can make whatever

22         decision you want, sir.  Obviously, we'll respect that.  I

23         will note starting tomorrow I'll be overseas until the

24         29th so we'll respect whatever your decision is and

25         very much disagree.
```

```
 1          MR. BARROUKH:  Understood.  I just believe that

 2     Fabiana, the corporate rep, has stated my client has

 3     assigned SOPs and other key documents and as Octavian

 4     Ion stated he issued verbal warnings to my client and at

 5     least one critical warning to my client, all which are

 6     relevant and necessary for the purposes of this case and

 7     none of which have been produced to my office at this

 8     time.  I believe that the discovery response to my office

 9     and the Plaintiff's First Request For Production indicates

10     that there are documents being withheld at this time

11     and unless that is amended and changed or unless we can

12     receive the signed SOPs and other documents and the

13     warnings, including the critical verbal and other written

14     warnings, this will not be a productive, efficient or

15     beneficial deposition at this time, and I do not want to

16     waste your time, Mr. Perera, waste the court reporter's

17     time, my time or anything else.  And I believe those are

18     crucial for the purpose of this case.

19          MR. PERERA:  Yeah.  So, again, in terms of the file,

20     you've got it.  There's no issue there.  Whether you

21     want to gripe as to whether something should be done or

22     not be done in accordance with practice or policy, that's

23     obviously something that can be done through the merits of

24     the case.  And so I think it's the wrong decision.  I

25     personally think it's a little dangerous on behalf of the
```

1    Plaintiff to terminate it.  We have the witness ready,

2    prepared to continue to testify.  I specifically made sure

3    to make this happen before I go on vacation with my family

4    and kids who I think deserve that.

5         MR. BARROUKH:  Of course.  This is not a personal

6    decision, Freddy.  I absolutely understand and see where

7    you're coming from.  I just do not believe I can represent

8    my client to the best of my ability with this lingering

9    issue.  I understand your position.  I hope you can

10   respect and understand mine.  At this time we will be

11   adjourning and continuing the deposition for a later time.

12        MR. PERERA:  Just to be clear on the record, we

13   object to any second deposition.  All right.

14        MR. BARROUKH:  That's fine.  We can go ahead and

15   bring that up for the judge to decide as well.  Thank you.

16        MR. PERERA:  Thank you very much.  Special thanks

17   to the interpreter for jumping in in the middle of this.

18   I know it's not an easy job, probably intimidating when

19   the last guy tells you I tapped out.  You did a fine job.

20   Everyone have a good day.

21        (At 1:55 p.m., no further questions were propounded

22   to this witness.)

23

24

25

Case 0:24-cv-61337-AHS   Document 37-1   Entered on FLSD Docket 04/07/2025   Page 58 of 81

Deposition of Maria Fabiana Santaella                          Sandra Cardona v. Nutrition Formulators, Inc., et al.

```
 1                  CERTIFICATE OF OATH

 2    STATE OF FLORIDA

 3    COUNTY OF HILLSBOROUGH

 4         I, MELISSA FERNANDEZ, Court Reporter, Notary

 5    Public, State of Florida, certify that the interpreter,

 6    FERNANDO RIVERA NAVAS, remotely appeared before me on the 18th

 7    day of March, 2025 and was duly sworn.

 8         WITNESS my hand and official seal this 18th day of

 9    March, 2025.

10

11

12         _____

13         MELISSA FERNANDEZ
           Notary Public - State of Florida
           Commission No.:  HH 278990
14         My Commission Expires:  6/21/2026

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF OATH

 2    STATE OF FLORIDA

 3    COUNTY OF HILLSBOROUGH

 4         I, MELISSA FERNANDEZ, Court Reporter, Notary

 5    Public, State of Florida, certify that the interpreter, DANIA

 6    MARQUEZ, remotely appeared before me on the 18th day of March,

 7    2025 and was duly sworn.

 8         WITNESS my hand and official seal this 18th day of

 9    March, 2025.

10

11

12         _____

13         MELISSA FERNANDEZ
           Notary Public - State of Florida
           Commission No.:  HH 278990
14         My Commission Expires:  6/21/2026

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF HILLSBOROUGH

 4        I, the undersigned authority, certify that MARIA FABIANA

 5   SANTAELLA remotely appeared before me and was duly sworn.

 6        WITNESS my hand and official seal this 18th day of

 7   March, 2025.

 8

 9

10        _____

11        MELISSA FERNANDEZ
          Notary Public - State of Florida
          Commission No.:  HH 278990
12        My Commission Expires:  6/21/2026

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                REPORTER'S DEPOSITION CERTIFICATE

 2    STATE OF FLORIDA

 3    COUNTY OF HILLSBOROUGH

 4         I, MELISSA FERNANDEZ, Court Reporter, certify

 5    that I was authorized to and did stenographically report

 6    the foregoing deposition, and that the transcript is

 7    a true record of the stenographic notes.

 8         I further certify that I am not a relative,

 9    employee, attorney, or counsel of any of the parties,

10    nor am I a relative or employee of any of the parties'

11    attorney or counsel connected with the action, nor am

12    I financially interested in the action.

13         Dated this 26th day of March, 2025.

14

15

16         _____

17         MELISSA FERNANDEZ
           Court Stenographer

18

19

20

21

22

23

24

25
```

```
 1              DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES

 2   IN THE CASE OF:   SANDRA CARDONA v. NUTRITION FORMULATORS, INC.,
                       and EMPLOYMENT SOLUTIONS OF NEW YORK, INC.
 3
     DEPOSITION OF:   MARIA FABIANA SANTAELLA
 4                    DATE:  3/18/2025

 5   PLEASE READ THE TRANSCRIPT OF YOUR DEPOSITION.  If YOU FEEL YOU
     NEED TO MAKE CORRECTIONS, PLEASE NOTE ON THIS PAGE.  DO NOT
 6   MARK ON THE TRANSCRIPT ITSELF.  SIGN AND DATE THE COVER PAGE
     AND RETURN BOTH ERRATA SHEET AND COVER PAGE AS DIRECTED.
 7
     PAGE    LINE              ERROR OR AMENDMENT
 8
 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____
                            (Melissa Fernandez)

21   PLEASE DISTRIBUTE TO:   Daniel J. Barroukh, Esquire
                            danielb@dereksmithlaw.com
22                           Olivia E. Diaz deVillegas, Esquire
                            olivia.diazdevillegas@csklegal.com
23

24

25
```

1
                              READ AND SIGN
                               COVER PAGE
2
            I have read the foregoing pages, and,
3       except for the corrections or amendments
        I have indicated on the sheet attached
4       for such purposes, I hereby subscribe to
        the accuracy of this transcript.
5

6       _____
        SIGNATURE OF DEPONENT
7

8       _____
        DATE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   March 26, 2025

 2   MARI FABIANA SANTAELLA
     J. Freddy Perera, Esquire
 3   freddy@bpa-law.com
     Perera Law Group, P.A.
 4   Suite 4107
     12555 Orange Drive
 5   Davie, Florida  33330

 6   RE:  SANDRA CARDONA v. NUTRITION FORMULATORS, INC. and
          EMPLOYMENT SOLUTIONS OF NEW YORK, INC.
 7
     Dear Mr. Perera:
 8
     The deposition of MARIA FABIANA SANTAELLA taken on the 18th day
 9   of March, 2025, in the above-styled case has been transcribed.
     Please follow the Options below coinciding with your transcript
10   copy choice:

11   OPTION 1:  If you have ordered a transcript copy, please use
     the original Errata Sheet attached to your transcript copy for
12   your client to note any changes/corrections.  When reading is
     complete, please promptly (within 30 days) send a copy of the
13   signed errata sheet to opposing counsel, Mr. Barroukh and
     Ms. Diaz deVillegas.
14
     OPTION 2:  If you have NOT ordered a transcript copy, please
15   notify your client that a copy of said transcript, along with
     the original Errata Sheet, will be made available at one of our
16   office locations for him/her to Read & Sign and note any
     corrections/changes.
17
     Please note:  Your client MUST CALL TO MAKE AN APPOINTMENT,
18   (215) 341-3616.  Please instruct your client to call our office
     during normal business hours to make an appointment within
19   thirty (30) business days.

20   Thank you,

21

22   _____
     Melissa Fernandez, Court Reporter
23
     cc:  Daniel J. Barroukh, Esquire
24        Olivia E. Diaz deVillegas, Esquire

25
```

Case 0:24-cv-61337-AHS  Document 37-1  Entered on FLSD Docket 04/07/2025  Page 65 of 81

Deposition of Maria Fabiana Santaella                                    Sandra Cardona v. Nutrition Formulators, Inc., et al.

**WORD INDEX**

**< 0 >**
**0:24-cv-61337-AHS**
 1:*4*

**< 1 >**
**1** 3:*17* 10:*7, 8, 25*
 18:*17* 42:*12, 14*
 64:*11*
**1:55** 1:*12* 57:*21*
**10** 1:*12* 3:*17* 4:*3*
**10:13** 7:*2*
**100** 40:*13*
**12555** 2:*10* 64:*4*
**13** 18:*18* 20:*21*
**1400** 2:*15*
**15th** 9:*16*
**18** 1:*11*
**18th** 4:*2* 58:*6, 8*
 59:*6, 8* 60:*6* 64:*6*

**< 2 >**
**2** 3:*18* 36:*22, 23*
 42:*14* 64:*13*
**20** 37:*17*
**2016** 14:*18* 16:*5, 8*
**2017** 14:*18* 16:*5, 12*
**2023** 18:*12* 20:*5, 17*
 21:*4, 11, 20* 22:*3, 7*
**2025** 1:*11* 4:*3* 58:*7,
 9* 59:*7, 9* 60:*7* 61:*13*
 64:*1, 9*
**215** 64:*18*
**26** 64:*1*
**26th** 61:*13*
**272-2220** 5:*10*
**278990** 58:*13* 59:*13*
 60:*11*
**29th** 55:*24*

**< 3 >**
**3** 42:*15*
**3/18/2025** 62:*4*
**30** 64:*12, 19*
**305** 2:*5, 17*
**30th** 21:*20*
**3260** 5:*7* 8:*13*
**33025** 5:*8*

**33131** 2:*4*
**33156** 2:*16*
**33330** 2:*10* 64:*5*
**341-3616** 64:*18*
**36** 3:*19*
**38679** 1:*16*

**< 4 >**
**4** 3:*12*
**4107** 2:*9* 64:*4*
**485-5232** 2:*11*

**< 5 >**
**520** 2:*4*
**58** 3:*3*
**59** 3:*4*

**< 6 >**
**6/21/2026** 58:*14*
 59:*14* 60:*12*
**60** 3:*5*
**61** 3:*6*
**62** 3:*7*
**63** 3:*8*
**663-7058** 2:*17*

**< 7 >**
**786** 2:*11*

**< 9 >**
**9150** 2:*16*
**946-1884** 2:*5*
**95** 32:*18*
**954** 5:*10*

**< A >**
**a.m** 1:*12* 4:*3*
**abide** 23:*25* 24:*1*
**ability** 4:*9* 30:*10*
 57:*8*
**able** 14:*2* 16:*21*
 18:*2, 8, 21* 20:*12*
**above-styled** 64:*9*
**Absolutely** 6:*23*
 42:*19* 45:*14* 47:*25*
 57:*6*
**accepted** 14:*6*
**access** 35:*6* 36:*3*
 39:*21* 50:*22* 52:*9*

**accident** 46:*25* 47:*1*
**accidents** 47:*3*
**accuracy** 63:*4*
**acknowledging** 39:*19*
**acknowledgments**
 40:*18*
**action** 61:*11, 12*
**activities** 50:*8*
**activity** 47:*15, 22*
 50:*6*
**add** 21:*24*
**addition** 38:*5*
**address** 4:*19, 22, 24,
 25* 5:*2, 6, 7, 18, 20*
**addresses** 45:*3*
**adjourning** 57:*11*
**advise** 29:*16*
**advises** 25:*4*
**agencies** 25:*1*
**agency** 23:*8, 9, 17, 24*
 25:*6, 17* 26:*14* 27:*9,
 16* 30:*23, 25* 32:*8, 15,
 16* 33:*4, 8, 9* 41:*3, 6*
**agree** 6:*16* 43:*19*
**agreed** 3:*11*
**ahead** 12:*6* 46:*9, 11*
 49:*11* 57:*14*
**allow** 5:*6* 6:*12, 14*
 37:*21* 45:*4*
**allowed** 40:*17*
**allows** 53:*15*
**alternative** 29:*18*
**amended** 56:*11*
**AMENDMENT** 62:*6*
**amendments** 63:*3*
**Ana** 52:*13, 15*
**answer** 5:*15* 6:*13*
 7:*8, 14, 15* 13:*7*
 14:*15* 17:*14* 26:*4, 13,
 16* 27:*4, 12* 36:*6*
 39:*5, 6* 44:*2* 45:*4*
 46:*9* 49:*23* 51:*2, 22*
 53:*11*
**answering** 5:*14*
**answers** 6:*6* 11:*14,
 22* 29:*12, 17*
**anticipate** 49:*15*
**anybody** 8:*15, 24*
 20:*14* 52:*1*

**apologies** 27:*25* 30:*1*
**apologizes** 13:*6*
**APPEARANCES** 2:*1*
**appeared** 1:*13* 2:*6,
 12, 18, 19* 58:*6* 59:*6*
 60:*5*
**APPEARING** 2:*7, 13,
 19* 8:*13*
**application** 40:*7, 13*
 42:*6, 7*
**applied** 13:*20* 19:*23*
 21:*23*
**APPOINTMENT**
 64:*16, 18*
**appreciate** 29:*22*
 45:*9* 49:*11*
**appropriate** 27:*12*
 44:*7, 15* 54:*19*
**approve** 22:*9*
**approximately** 13:*22*
**Arana** 17:*5, 6* 52:*12*
**A-R-A-N-A** 17:*6*
**argument** 44:*5, 7*
**Argumentative** 20:*22*
 41:*18*
**asked** 13:*2, 24, 25*
 14:*4, 5* 15:*8* 20:*19*
 24:*7* 30:*14* 35:*24, 25*
 38:*16* 43:*2* 44:*16*
 50:*1* 52:*15*
**asking** 7:*24* 19:*11*
 25:*16* 26:*24* 37:*13*
 42:*21* 43:*15* 44:*20,
 25* 45:*12* 49:*14, 16*
**assessment** 55:*18*
**assign** 24:*15*
**assigned** 23:*7, 10, 17*
 30:*24* 33:*5* 41:*3*
 48:*23* 55:*21* 56:*3*
**assignee** 22:*23, 25*
 23:*3* 31:*4* 32:*8, 15,
 20* 33:*8, 9* 45:*2, 24*
 48:*1, 9, 12, 22, 23*
 49:*10* 50:*16*
**A-S-S-I-G-N-E-E** 23:*3*
**assignees** 22:*22*
 23:*23* 24:*12* 30:*14,
 21* 31:*2, 6, 11, 21*
 32:*1, 4* 33:*10, 14, 24*
 34:*2* 40:*9* 41:*13, 24*

43:23  44:19  46:15
47:12  48:19  49:6
50:5  52:9, 19
**assignee's**  45:19
**A-S-S-I-G-N-E-E-S**
31:6
**assigning**  23:1
**assignment**  39:2, 10
**assignments**  26:25
**assume**  7:24
**assumed**  15:3
**assuming**  12:22
**assure**  20:12  51:24
**attached**  63:3  64:11
**attention**  18:17
**attorney**  7:13, 15
9:20  10:2  22:19
23:11  61:9, 11
**attorneys**  7:10, 11
**attorney's**  35:11
**audible**  6:6
**authority**  60:4
**authorized**  61:5
**available**  11:15  64:15
**aware**  45:2  50:25

**< B >**
**back**  7:2, 5  10:21
14:17  18:16  21:23
26:11  27:11, 18, 19,
21, 23  46:10
**background**  25:1
**backtrack**  16:2
**bad**  44:12
**banking**  46:19
**Barbara**  17:1, 8, 9
20:4, 8, 15, 18  21:6
**BARROUKH**  2:2
3:2  4:17  5:1, 4  6:23
7:2, 5, 6  8:23  9:8, 14
10:3, 5, 10, 19, 21, 23
12:6, 8  14:21  16:3
17:19, 24  18:4, 15
19:10, 17, 20, 24
20:13  21:1, 9  22:14,
20  23:3, 12, 22  24:3,
6, 23  26:18, 20  27:14,
21  29:25  30:3, 12, 17,
19  31:6, 9, 23, 24
32:23  33:13, 18  34:6,

12, 20  35:5, 10, 19
36:1, 2, 8, 13, 18, 20,
25  37:16  38:9, 13
39:8, 17  40:2, 8, 16,
23  41:4, 12, 23  42:9
43:12, 19, 20  44:3, 16
45:8, 21, 23  46:4, 10,
13, 23  47:8, 20, 24
48:13, 18, 25  49:5
50:2, 3, 9, 15, 21  51:7,
12, 15, 25  52:5, 14, 22
53:1, 6, 14  55:2, 4
56:1  57:5, 14  62:21
64:13, 22
**based**  5:15  11:14
**basically**  16:17  25:2,
16
**bathroom**  6:22
**began**  14:11
**beginning**  20:19
24:23
**BEHALF**  2:7, 13, 19
11:19  21:13  56:25
**believe**  9:22  16:11
21:21  22:23  23:5, 9,
10  39:20  40:24
43:12  52:23  53:15
55:5, 10, 17  56:1, 8,
17  57:7
**beneficial**  56:15
**benefits**  28:4, 9, 11
29:3  32:3, 4  47:13,
20  48:3, 4
**best**  4:9  30:10  57:8
**beyond**  53:10
**bigger**  26:22
**binding**  11:23
**book**  24:19
**booklet**  23:19
**books**  30:25
**Boulevard**  2:16
**bounce**  46:8
**box**  43:7
**break**  8:4, 6  26:23
27:17  30:3  47:15
**Brickell**  2:4
**brief**  29:16
**bring**  57:15
**broadly**  46:7

**business**  64:18, 19

**< C >**
**call**  28:25  30:5
64:16, 18
**called**  13:19, 20
33:20
**Calls**  20:11  32:6
51:21
**capable**  16:22
**capacity**  22:18
**capture**  29:14
**CARDONA**  1:3  62:2
64:6
**Cardona's**  20:10
36:3  52:6
**carry**  15:7
**CASE**  1:4  11:20
12:3  23:9  27:5
28:18  29:15  41:20
42:8  44:22  56:6, 18,
24  62:2  64:9
**category**  50:5
**causing**  54:14
**cc**  64:22
**CEO**  53:17
**certain**  21:24  23:18,
20  27:6  38:4  41:20
44:19
**CERTIFICATE**  3:3,
4, 5, 6  58:1  59:1
60:1  61:1
**certify**  58:5  59:5
60:4  61:4, 8
**changed**  16:12  39:1
56:11
**CHANGES**  62:1
**changes/corrections**
64:12
**charge**  21:7  33:9
**chemist**  54:2, 3
**choice**  45:6  64:10
**chosen**  32:7
**clarify**  7:23  14:14
17:13  19:8  22:5
25:8, 9, 15, 21  26:8,
10  27:15  54:16
**clarifying**  23:4

**clear**  31:2  37:10
43:13  48:8  50:16
51:16  55:16  57:12
**clearly**  8:9  19:14
**client**  20:5  25:14
34:8, 10, 21  39:16
49:15  51:17, 19  56:2,
4, 5  57:8  64:12, 15,
16, 18
**clients**  35:16
**client's**  35:6  36:9, 14
39:10  50:23  51:1
52:16  55:13
**closely**  43:10
**coinciding**  64:9
**Cole**  2:15
**come**  19:13  27:19
**comes**  27:7  54:2
**comfortable**  12:19
**coming**  53:17  57:7
**commencing**  4:3
**Commission**  58:13,
14  59:13, 14  60:11,
12
**common**  33:11
**communicate**  33:4, 5
**companies**  24:14
53:18
**company**  11:19  12:1,
10, 13, 22  13:9, 11
14:5  16:9, 23  17:7,
20  21:24  22:13, 16,
22  23:15, 24  24:7, 12,
13, 15  28:6, 8, 9, 11,
13  29:2  31:15, 17
34:14  39:19  40:11
41:17  42:18  45:14,
24  46:18  47:4  48:11
49:2  53:19  54:11
**company's**  20:16
21:14  22:2, 10  46:14
**competencia**  54:5
**competency**  54:7, 8, 9,
19, 22, 25
**competition**  54:5, 8,
18, 22, 25
**competitions**  54:1
**complete**  6:13  10:15
33:24, 25  35:20
40:10  64:12

**completed** 34:*3*
48:*23* 49:*1*
**completely** 6:*18*
37:*14* 43:*8* 44:*23*
55:*17*
**comply** 33:*11*
**conducting** 8:*11*
**confer** 25:*13*
**confirm** 16:*9* 22:*24*
**confirmed** 14:*15*
**conflate** 27:*8*
**conflating** 26:*13*
**confused** 37:*11*
**confusing** 54:*24*
**connected** 61:*11*
**construe** 46:*7*
**contact** 32:*17* 41:*21*
**contacts** 32:*9*, *19*
**content** 19:*15*
**context** 19:*4* 54:*8*
**continue** 12:*15* 46:*8*
57:*2*
**continued** 16:*16*
**continues** 45:*5*
**continuing** 57:*11*
**contracting** 33:*9*
**contrast** 44:*25* 45:*19*
**contrasting** 43:*24*
**control** 26:*18*
**conversation** 9:*4*
54:*13*
**coordinate** 13:*24*
15:*8*, *13*
**coordinator** 15:*18*, *20*,
*24* 16:*10*, *12* 52:*13*
**copy** 64:*10*, *11*, *12*, *13*,
*15*
**corporate** 4:*23* 11:*4*
42:*5*, *10*, *11*, *13*, *23*
44:*13* 46:*5* 55:*7*
56:*2*
**correct** 9:*22* 11:*17*,
*23* 12:*3*, *20*, *21* 15:*15*
16:*10*, *13*, *14* 17:*22*
20:*7*, *10* 22:*7*, *8* 23:*1*,
*13* 24:*2* 26:*3* 31:*3*
35:*20* 37:*7* 39:*14*
50:*18*, *20* 52:*7* 53:*3*,
*5*

**corrected** 8:*19* 19:*7*
**correcting** 8:*18*
**Correction** 8:*16*
**CORRECTIONS**
62:*5* 63:*3*
**corrections/changes**
64:*16*
**counsel** 3:*12* 4:*2*
9:*4* 31:*18* 32:*13*
33:*5* 36:*12* 38:*7*
47:*18* 55:*1* 61:*9*, *11*
64:*13*
**countless** 42:*16*
**COUNTY** 58:*3* 59:*3*
60:*3* 61:*3*
**couple** 15:*21*
**course** 22:*12* 38:*19*
39:*1* 57:*5*
**COURT** 1:*1* 4:*4*
6:*5*, *11* 10:*21* 26:*11*
27:*18*, *23* 46:*10*
53:*25* 54:*15* 56:*16*
58:*4* 59:*4* 61:*4*, *17*
64:*22*
**courtesy** 45:*3*, *9*, *10*
**courtroom** 7:*20*
**COVER** 3:*8* 62:*6*
63:*1*
**create** 16:*23* 18:*25*
28:*14*
**critical** 56:*5*, *13*
**crucial** 56:*18*
**cut** 24:*23*


**< D >**
**Dadeland** 2:*16*
**dangerous** 56:*25*
**Dania** 2:*21* 30:*8*
59:*5*
**DANIEL** 2:*2* 10:*3*
27:*5* 62:*21* 64:*22*
**daniel@dereksmithlaw
.com** 2:*5*
**danielb@dereksmithla
w.com** 62:*21*
**data** 41:*20*
**DATE** 1:*11* 14:*19*
18:*2* 55:*20* 62:*4*, *6*
63:*8*

**Dated** 61:*13*
**Davie** 2:*10* 64:*5*
**day** 4:*2* 6:*10* 57:*20*
58:*7*, *8* 59:*6*, *8* 60:*6*
61:*13* 64:*6*
**days** 64:*12*, *19*
**DE** 2:*13*
**Dear** 64:*6*
**decide** 57:*15*
**decision** 55:*22*, *24*
56:*24* 57:*6*
**DEFENDANT** 2:*13*,
*19* 12:*2* 38:*20*, *23*
39:*2* 43:*1* 55:*9*
**Defendants** 1:*8* 11:*20*
**Defendant's** 18:*19*
20:*1*, *9* 21:*14*, *19*
55:*8*
**define** 50:*8*
**delay** 13:*7* 27:*25*
**delete** 52:*15*
**deleted** 52:*6*
**department** 13:*16*
14:*23* 15:*1* 16:*15*, *19*,
*20*, *24* 20:*3*, *5*
**depending** 33:*23*
**depends** 28:*22*, *24*
**depo** 26:*19* 44:*14*
**Deponent** 3:*14* 63:*6*
**deposit** 46:*20*
**DEPOSITION** 1:*10*
4:*1*, *3* 5:*12*, *14*, *23*
6:*2* 7:*13* 8:*4*, *11* 9:*2*,
*10*, *23*, *24* 10:*1* 11:*8*,
*25* 20:*20* 55:*11*, *14*
56:*15* 57:*11*, *13* 61:*1*,
*6* 62:*2*, *5* 64:*6*
**depositions** 5:*25*
**Derek** 2:*3*
**descriptions** 38:*17*
**deserve** 57:*4*
**determination** 45:*11*
**developed** 13:*12*, *21*
**devices** 5:*13*
**deVillegas** 62:*22*
64:*13*, *24*
**DIAZ** 2:*13* 62:*22*
64:*13*, *24*
**dietary** 28:*14*

**difference** 31:*19*
33:*2* 37:*25* 46:*14*
49:*8* 52:*23* 54:*12*
**differences** 31:*10*, *20*,
*25* 32:*2* 52:*18*, *21*
**different** 31:*4*, *19*
45:*13*
**Direct** 3:*2* 4:*16*
18:*17* 28:*12* 29:*3*
32:*17* 33:*6* 46:*18*, *20*,
*21*, *22* 48:*24*
**DIRECTED** 62:*6*
**directing** 19:*11*
**directly** 23:*6*, *10*
24:*20* 25:*4* 28:*7*
32:*6* 33:*7*
**disagree** 43:*15*, *19*
55:*18*, *25*
**disclose** 35:*14* 51:*4*
**disclosed** 51:*5*
**discovery** 35:*20*, *22*
43:*2* 55:*8* 56:*8*
**discrepancies** 55:*6*
**discrepancy** 26:*10*
**discrimination** 47:*10*
50:*11*
**discussed** 35:*16* 51:*5*
**discussing** 30:*13*
**discussion** 10:*20*
36:*19* 55:*3*
**discussions** 35:*13*, *14*
39:*6* 51:*3*, *10*
**disposed** 34:*13*
**disrespectful** 14:*8*
**distinction** 26:*16*
27:*10*
**DISTRIBUTE** 62:*21*
**distributed** 22:*22*
**DISTRICT** 1:*1*
**document** 5:*15*, *16*
10:*13*, *16*, *17*, *18* 11:*1*,
*3* 34:*1* 37:*1*, *3*, *5*, *12*,
*18*, *20*, *22*, *23* 39:*12*
42:*14* 43:*1*
**documentation** 13:*17*
33:*22* 34:*14*, *17* 35:*7*
40:*22*
**documentations** 10:*2*
13:*19*

Case 0:24-cv-61337-AHS   Document 37-1   Entered on FLSD Docket 04/07/2025   Page 68 of 81

Deposition of Maria Fabiana Santaella                                    Sandra Cardona v. Nutrition Formulators, Inc., et al.

documents 5:13  9:6,
23  22:19  33:14, 19
34:21  35:21  37:11,
13  38:4, 5, 11, 17
39:10, 16, 18, 21  40:3,
10, 24  41:8  44:20
45:24  46:15  52:6, 16
55:9, 12  56:3, 10, 12
drawing 42:4
Drive 2:4, 10  64:4
due 45:9
duly 4:8, 13  30:9
58:7  59:7  60:5
duration 5:12
duties 38:18  42:18

< E >
easiest 27:2
easily 44:5
easy 27:8  57:18
edits 22:15
effect 7:19  18:12, 20
20:1, 9, 16  21:3, 8, 11,
15, 19  22:7  33:15
efficient 6:2  55:11
56:14
eight 13:22  15:4
electronic 5:13
Eliet 17:5, 6  52:12,
15
E-L-I-E-T 17:6
email 5:18, 20
emergency 41:21
42:8
employed 38:23
employee 17:21  18:5,
19  20:1, 9, 16  21:3,
10, 14, 19  22:2, 6, 10,
13, 16, 21  23:6, 10, 14,
25  24:13  30:15, 17,
22, 23, 25  31:3  32:5,
10, 16  33:6, 7, 24
41:6, 7  45:1, 18
46:18, 19, 21, 22  47:7,
11  48:24  50:17  61:9,
10
employees 24:10, 20
28:3, 12  29:3  30:23,
24  31:11, 19, 21, 22
32:1, 3, 6  33:10  40:9,

15  41:11, 17  43:22
44:17, 19  46:16  47:4
52:19
employee's 47:9
EMPLOYMENT 1:6
2:19  18:20  19:15
20:2  21:15  31:12
32:8  38:19  40:7, 13
42:6  49:8, 12, 13, 19,
21, 22, 25  62:2  64:6
English 4:8, 9  12:16
30:9, 10
enjoy 28:10  29:3
ENTER 62:1
entire 36:14  51:1
entities 27:16
ERRATA 3:7  62:6
64:11, 13, 15
ERROR 62:6
ESQUIRE 2:2, 8, 13
62:21, 22  64:2, 22, 24
evaluation 48:22
evaluations 42:18
46:20  47:14, 21
48:19  49:1
Everest 1:16
exactly 16:25  18:3, 8,
21  20:23  21:22
54:24
Examination 3:2
4:16
examined 4:13
Example 42:25
43:24  47:7  53:9
Excellent 19:19
Executive 5:7  8:14
Exhibit 3:17, 18
10:7, 8, 25  18:17
36:22, 23  42:12
exist 51:24
existed 16:19  18:22
48:17
experience 12:15
Expires 58:14  59:14
60:12
explain 24:16  28:2,
18, 21  29:1
explained 46:2  54:12
explaining 45:25

explains 40:14
expressly 3:13
extensive 29:17
extent 10:15  44:4

< F >
FABIANA 1:10  3:1
4:1, 12, 18, 20, 21, 25
5:3, 11, 22  9:3  10:24
12:9  14:7  30:13
35:14  36:3, 21  37:10
39:7, 9  43:21  46:9,
14  50:4  51:2, 16
56:2  60:4  62:2  64:2,
6
fabiana@n 5:20
fact 55:18
fair 43:12  44:8
fall 45:10
falls 47:7
family 57:3
far 34:23  53:23
feel 29:18  62:5
felt 14:2
FERNANDEZ 1:13
4:4  58:4, 12  59:4, 12
60:10  61:4, 16  62:20
64:22
Fernando 2:19  4:7
29:25  58:6
FI.net 5:21
figure 26:23
file 34:24  36:4, 5, 9,
14  40:25  41:25
42:20  43:4, 5, 16
45:1, 18, 19, 25  46:18,
22  47:11  48:6, 7, 12,
14, 16, 17  49:7, 9, 10
50:14, 17, 23  51:1, 18
52:2, 7, 16  55:13, 21
56:19
filed 46:19  47:2
50:13
files 41:9, 13, 22
43:22, 23  44:22  52:9
filing 13:17  46:15
fill 28:23
filled 40:6  47:6
49:9, 21

final 7:7
financially 61:12
find 25:19
fine 4:20  5:2  9:7
14:10  26:21  45:12
46:11  50:2  51:14
57:14, 19
finish 6:12, 15  29:8
50:5
firm 35:1
First 3:18, 19  6:5
13:9  17:9, 17  25:21
27:7  33:2  37:8, 9
50:4  56:9
Fisher 17:1, 8, 9
20:4, 8, 15, 18  21:6
five 6:24  18:6  27:19
29:21  30:4
five-minute 27:17
FLORIDA 1:1  2:4,
10, 16  4:5  5:8  8:14
58:2, 5, 13  59:2, 5, 13
60:2, 11  61:2  64:5
follow 23:14, 20
24:13, 17, 19  28:16
64:9
followed 18:24  19:6
following 15:7, 12
follows 4:14  13:7
17:5, 14
force 7:19
foregoing 61:6  63:1
foremost 50:4
form 12:18  15:25
18:13  21:5  22:11, 17
23:16  24:4  27:24
33:16  34:4, 9, 18
35:3, 8  36:16  39:25
40:5, 12, 19  41:2, 10
42:1  46:17  47:5, 6,
17  48:10, 15, 21  49:3,
9, 21, 22  50:7, 12, 19
52:3, 11, 20, 24  53:4,
21, 22
forms 47:14, 21, 22
FORMULATORS
1:6  2:13  3:17, 18
8:13, 16  9:18  11:4,
16, 19, 23  12:3  13:1
14:12  16:7  20:6

21:*3, 11*  23:*7, 25*
24:*11, 16*  25:*2, 3, 4*
30:*24*  31:*11, 14, 16,*
*21*  32:*1, 3, 5, 6, 9, 15,*
*17, 19*  33:*3, 7, 8*  34:*1*
37:*8*  39:*11*  41:*7, 9,*
*11, 14, 17, 25*  48:*2, 24*
50:*18*  51:*17, 20*
52:*10, 19*  53:*13, 21*
55:*10*  62:*2*  64:*6*
**forward**  44:*2*  55:*11*
**found**  46:*5, 22, 24*
*49:7*  50:*6*  51:*18*
**FREDDY**  2:*8*  7:*9*
9:*20*  12:*6*  19:*10*
24:*23*  26:*20*  42:*9*
44:*3*  57:*6*  64:*2*
**freddy@bpa-law.com**
2:*11*  64:*3*
**Friday**  9:*16*
**full**  4:*21*  5:*3*  10:*18*
55:*21*
**further**  27:*14*  55:*11*
57:*21*  61:*8*
**future**  49:*16*

**< G >**
**general**  12:*11, 12, 23*
13:*23*  14:*6*  15:*13*
16:*13*  26:*1, 2*  40:*7,*
*15*  43:*4*  52:*21*  53:*3,*
*7, 16, 23*
**Generally**  24:*14*
28:*21*  29:*1*
**generate**  38:*4*
**give**  4:*25*  5:*1*  6:*6,*
*17*  8:*6*  11:*10*  26:*6*
28:*7*
**given**  5:*22*  23:*13, 18,*
*20*  26:*21*  29:*4*  55:*6,*
*14*
**giving**  16:*1*  29:*21*
**GM**  15:*8*
**go**  6:*1, 7, 21*  7:*3*
12:*6*  18:*16*  27:*18*
28:*20*  29:*10*  32:*24*
43:*8, 25*  46:*9, 11*
47:*23*  49:*16*  55:*15*
57:*3, 14*
**goal**  8:*2*

**going**  6:*14*  10:*6*
18:*16*  19:*2, 13*  26:*12*
27:*4*  28:*2, 23, 25*
29:*19*  32:*2, 11*  36:*21*
39:*9*  42:*3*  43:*9, 25*
44:*1, 2*  45:*6*  49:*18*
**Good**  4:*18*  7:*1*
33:*20, 21, 22*  40:*20,*
*21*  44:*11*  57:*20*
**great**  19:*18*  27:*13*
**gripe**  56:*21*
**ground**  6:*1*  7:*7*
**Group**  2:*3, 9*  64:*3*
**guess**  29:*9*
**guy**  57:*19*
**guys**  7:*3*

**< H >**
**hand**  58:*8*  59:*8*  60:*6*
**handbook**  17:*21, 22*
18:*9, 12, 19*  19:*8*
20:*1, 9, 16*  21:*3, 7, 14,*
*19, 22*  22:*2, 6, 10, 16,*
*19, 21*  23:*14, 25*
24:*13, 21*  28:*5, 17*
29:*2*  30:*15, 17, 22*
31:*3*
**handbooks**  18:*5, 6*
21:*10*  44:*17*  45:*13*
**handle**  28:*3*
**handling**  16:*15, 16, 22*
**happen**  26:*25*  57:*3*
**happy**  8:*6*
**harassment**  47:*10*
50:*11*
**head**  6:*7*  17:*1, 7, 9*
20:*4*
**hear**  13:*3*
**heard**  25:*20*
**held**  38:*19*
**help**  11:*25*  13:*24*
15:*8*  35:*19*
**helped**  15:*13*
**helping**  34:*16*
**hereto**  3:*12*
**HH**  58:*13*  59:*13*
60:*11*
**HILLSBOROUGH**
58:*3*  59:*3*  60:*3*  61:*3*

**him/her**  64:*16*
**hire**  16:*23*  32:*5*
**hired**  13:*9*
**Honestly**  16:*25*  18:*8,*
*21*
**hope**  57:*9*
**hopefully**  6:*2*
**hours**  8:*3*  48:*23*
64:*18*
**HR**  15:*9*  16:*10, 12,*
*15, 16*  17:*7, 18*  28:*20*
**human**  13:*24*  14:*3*
15:*13, 18, 19, 23*
16:*15, 16, 19, 20, 24*
17:*1, 10*  20:*3, 4*
28:*20*  40:*14*  50:*24*
52:*12, 13*
**hygiene**  33:*23*

**< I >**
**identification**  10:*9*
36:*24*
**important**  6:*10*
27:*10*  41:*19*  52:*23*
**include**  20:*21*  39:*24*
47:*3*
**included**  40:*25*
41:*24*  42:*23*
**includes**  18:*23*
**including**  28:*15*
39:*18*  56:*13*
**inclusive**  40:*4*
**inconvenience**  28:*20*
**incorporate**  22:*15*
**incorrect**  26:*5*
**indicated**  63:*3*
**indicates**  56:*9*
**individual**  40:*25*
**individuals**  23:*13, 23*
**information**  21:*25*
26:*15*  42:*7, 17*  46:*19*
**injuries**  49:*7*
**injury**  47:*14, 21*
**instance**  54:*1*
**instruct**  44:*1*  64:*18*
**instruction**  9:*11, 25*
49:*18*
**interested**  61:*12*
**intermediate**  12:*18*

**interpret**  4:*8*  29:*10*
30:*9*  31:*14*
**interpretation**  55:*19*
**interpreter**  2:*21, 22*
3:*3, 4*  4:*10*  8:*18, 19,*
*22*  13:*2, 3*  14:*14*
17:*13, 22, 25*  19:*5, 6,*
*10, 17, 19, 21*  20:*24*
23:*1, 4*  24:*1*  25:*8, 12,*
*19, 20, 23*  26:*8, 18, 22*
29:*15*  30:*1, 5, 11, 16*
31:*4, 7, 13, 17*  32:*13,*
*21, 23*  33:*1, 2*  36:*11*
37:*21*  38:*7*  47:*18*
54:*12, 21*  55:*1*  57:*17*
58:*5*  59:*5*
**interrogatories**  37:*11*
38:*1, 2, 8*  39:*4*  42:*22*
**interrogatory**  37:*6*
42:*15*
**interrupt**  42:*3*
**interrupting**  45:*5*
**intimidating**  57:*18*
**introduce**  17:*20*
**involves**  9:*4*
**Ion**  55:*8*  56:*4*
**issue**  25:*10, 21*  26:*9,*
*14, 22*  44:*9*  45:*6*
56:*20*  57:*9*
**issued**  48:*9*  51:*17,*
*19*  56:*4*
**issues**  27:*8, 14*
**issuing**  26:*9*
**items**  28:*15*
**its**  16:*24*  31:*11*
43:*22*  52:*19*

**< J >**
**January**  14:*18*
**JENNY**  2:*2*
**Job**  1:*16*  13:*15*  14:*5*
23:*8, 9*  38:*16*  42:*17*
57:*18, 19*
**joined**  9:*12*  16:*9*
**joining**  30:*5*
**judge**  7:*20*  55:*15*
57:*15*
**jumping**  32:*22*
49:*11*  57:*17*

**June** 21:*20*
**jury** 7:*20*

**< K >**
**keep** 8:*2* 29:*6* 45:*5*
49:*20*
**kept** 44:*22*
**Key** 2:*4* 56:*3*
**kids** 57:*4*
**Kissane** 2:*15*
**know** 5:*12* 6:*14*
8:*20* 9:*3* 10:*11, 13,*
*14* 13:*4, 10, 16, 17, 23*
14:*2, 11* 16:*14, 17*
17:*15* 18:*1, 5, 9, 12,*
*22, 23, 24* 21:*10, 12,*
*23* 22:*1, 4, 21, 24*
23:*13* 24:*15, 18, 20*
25:*6* 28:*5, 19, 21*
29:*2, 4, 9, 12* 32:*6*
33:*19* 34:*15* 35:*24*
37:*1, 3* 39:*5* 40:*3*
42:*4* 43:*7, 9* 44:*13*
45:*4* 49:*15* 57:*18*
**knowledge** 11:*14, 15*
18:*19* 19:*25* 20:*8, 14,*
*15, 16* 21:*2, 7, 14, 18,*
*21* 22:*6* 42:*13, 14, 16,*
*25* 44:*16, 17*
**known** 11:*15*
**knows** 35:*16*

**< L >**
**lady** 13:*2*
**Large** 4:*5*
**Law** 2:*3, 9* 35:*1*
64:*3*
**lawsuit** 34:*17* 36:*10,*
*15*
**lawyer** 9:*12, 13*
35:*23* 39:*3*
**lawyers** 37:*13* 38:*22*
43:*7*
**leave** 48:*24*
**letting** 43:*8, 9* 45:*4*
**level** 12:*16, 18*
**line** 8:*5* 26:*9, 24*
62:*6*
**lines** 42:*4*
**lingering** 57:*8*

**List** 3:*17* 11:*4, 7*
18:*16* 42:*10, 11, 24*
45:*2, 12* 46:*6*
**listed** 11:*11*
**listen** 26:*16* 44:*3*
45:*8*
**little** 56:*25*
**live** 27:*5*
**LLORENS** 2:*2*
**locations** 64:*16*
**long** 8:*3, 5* 12:*12*
13:*4, 5, 6* 14:*22*
15:*19* 18:*2* 27:*25*
**longer** 28:*17*
**look** 5:*13* 14:*19*
40:*1*
**looking** 10:*24* 14:*7*
16:*21* 43:*9*
**looks** 10:*16*
**lot** 13:*17* 29:*11, 19*
42:*2* 43:*8, 10*
**luxury** 48:*1*

**< M >**
**Madam** 54:*15*
**maintain** 34:*1* 41:*13*
45:*21* 46:*8* 47:*13*
**maintained** 41:*22*
42:*19, 20* 43:*21, 22*
44:*21*
**making** 27:*6* 32:*17*
**manage** 14:*25* 15:*4*
**manager** 12:*11, 12,*
*23* 13:*23* 14:*6* 15:*13*
16:*13* 52:*12* 53:*3, 7,*
*16*
**managers** 53:*20*
54:*1, 22*
**manual** 18:*23* 23:*19*
28:*3* 30:*16*
**manuals** 33:*20*
**manufacturing** 33:*21,*
*22* 40:*21*
**March** 1:*11* 4:*3*
9:*16* 58:*7, 9* 59:*6, 9*
60:*7* 61:*13* 64:*1, 9*
**MARI** 64:*2*
**MARIA** 1:*10* 3:*1*
4:*1, 12* 5:*3* 60:*4*

62:*2* 64:*6*
**MARK** 62:*6*
**marked** 10:*7, 8, 25*
36:*21, 23* 42:*12*
**Marquez** 2:*21* 30:*8*
59:*6*
**material** 53:*23*
**mean** 14:*8* 19:*22*
22:*24* 28:*6, 17* 51:*18*
**meaning** 6:*7*
**means** 19:*4* 28:*6*
**meant** 19:*8, 22* 54:*9*
**meet** 7:*2*
**meeting** 9:*12, 15, 17,*
*19*
**MELISSA** 1:*13* 4:*4*
58:*4, 12* 59:*4, 12*
60:*10* 61:*4, 16* 62:*20*
64:*22*
**mention** 12:*1* 49:*19,*
*24*
**mentioned** 38:*1*
47:*18* 50:*10* 54:*6*
**mentioning** 49:*24*
**mentions** 49:*13*
**merits** 56:*23*
**Miami** 2:*4, 16*
**middle** 57:*17*
**mind** 6:*21* 15:*11*
16:*1* 25:*21* 26:*9*
29:*21* 38:*7*
**mine** 57:*10*
**minute** 16:*2* 55:*2*
**minutes** 6:*23, 24, 25*
27:*19* 29:*21* 30:*4*
**Miramar** 5:*7* 8:*14*
**mistake** 32:*21*
**mistaken** 14:*18*
**mistakes** 54:*15*
**mixing** 26:*13*
**modify** 21:*24*
**moment** 10:*19* 36:*18*
52:*25*
**month** 13:*13* 14:*13*
**months** 13:*22* 14:*24*
15:*4*
**morning** 4:*18*
**moving** 55:*11*

**< N >**

**name** 4:*22* 5:*3* 9:*21*
14:*11* 17:*5, 6, 15, 17,*
*18* 31:*15, 17*
**names** 33:*19*
**Nancy** 5:*20, 21*
**NATHALY** 2:*8* 9:*20*
55:*17*
**Navas** 2:*19* 4:*7* 58:*6*
**necessary** 56:*6*
**necessitated** 49:*19*
**need** 4:*24* 6:*18, 23*
8:*4* 16:*4* 19:*23*
24:*13, 16, 18, 19*
25:*14* 27:*16* 28:*15,*
*16, 23* 32:*24* 45:*11*
47:*16* 51:*13* 54:*16*
62:*5*
**needed** 13:*18* 14:*14*
16:*20* 17:*13* 18:*25*
28:*1*
**needs** 21:*24* 26:*25*
28:*15*
**Nestle** 53:*19*
**never** 5:*24*
**NEW** 1:*6* 2:*19* 18:*9,*
*25* 30:*4* 62:*2* 64:*6*
**NFI** 4:*25* 5:*1* 12:*1*
27:*9, 16*
**NFI's** 26:*1*
**nice** 27:*12*
**normal** 64:*18*
**norms** 19:*6* 21:*25*
23:*18, 20* 24:*16, 19*
28:*4, 13, 16, 17* 33:*21*
54:*10*
**Notary** 1:*15* 4:*4*
58:*4, 13* 59:*4, 13*
60:*11*
**note** 42:*1* 55:*23*
62:*5* 64:*12, 16*
**notes** 14:*8* 61:*7*
**notice** 4:*2*
**noticed** 16:*19*
**notifies** 32:*16*
**notify** 64:*15*
**number** 5:*5, 9* 32:*2*
41:*19* 42:*15*
**NUTRITION** 1:*6*
2:*13* 3:*17, 18* 8:*16*
9:*18* 11:*4, 16, 19, 23*

Case 0:24-cv-61337-AHS   Document 37-1   Entered on FLSD Docket 04/07/2025   Page 71 of 81
Deposition of Maria Fabiana Santaella
Sandra Cardona v. Nutrition Formulators, Inc., et al.

12:*1, 2, 25*   13:*10
14:4, 12*   16:*6, 18*
17:*10, 20*   18:*6, 9*
20:*6, 10*   21:*3, 11*
23:*7, 25*   24:*10, 15, 20*
25:*2, 3*   30:*14, 21, 24*
31:*10, 14, 15, 21*   32:*1,
3, 5, 9, 15, 16, 19*   33:*3,
6, 7, 8*   34:*1, 13*   35:*7
37:8*   39:*11*   41:*7, 8, 9,
11, 14, 16, 25*   43:*21
48:2, 23*   50:*17*   51:*17,
20*   52:*10, 18*   53:*13,
21*   55:*9*   62:*2*   64:*6*
**Nutritional**   8:*13, 17*
**Nutrition's**   17:*1*   31:*3*

**< O >**
**O-301**   2:*3*
**OATH**   3:*3, 4, 5*   4:*14
58:1*   59:*1*   60:*1*
**object**   7:*14*   19:*2
24:22*   32:*11*   35:*17
36:5*   40:*5*   49:*18
54:4*   57:*13*
**objected**   38:*22*   43:*6*
**objecting**   24:*25*
**Objection**   15:*25
20:11, 22*   21:*5*   23:*16
24:4*   27:*24*   33:*16
34:4, 9, 18*   35:*3, 8
36:16*   39:*15, 25
40:19*   41:*2, 18*   42:*1
46:17*   47:*5, 17*   48:*15,
21*   49:*3*   50:*7, 12, 19
51:21*   52:*3, 11, 20, 24
53:22*
**objections**   29:*19
37:12*
**obligated**   24:*5*
**obtain**   55:*12*
**obviously**   8:*21*   27:*5,
9*   55:*22*   56:*23*
**occur**   9:*15*
**Octavian**   55:*8*   56:*3*
**offered**   14:*5*
**office**   35:*1, 12*   56:*7,
8*   64:*16, 18*
**official**   17:*9*   58:*8
59:8*   60:*6*

**off-the-record**   10:*20
36:19*   55:*3*
**Oh**   12:*17*   18:*1
31:17*
**Okay**   6:*15, 18*   7:*13,
25*   8:*6*   26:*2*   28:*1
29:18*   32:*25*   37:*25
46:3*   48:*19*   49:*17
51:12*
**OLIVIA**   2:*13*   62:*22
64:24*
**olivia.diazdevillegas@c
kslegal.com**   2:*17*
**olivia.diazdevillegas@c
sklegal.com**   62:*22*
**omitted**   29:*11*
**once**   29:*12*
**ones**   25:*6*   50:*10*
**onset**   23:*14*
**opened**   13:*19*
**opening**   13:*15*
**operator**   14:*17, 23*
**opposed**   32:*16*
**opposing**   64:*13*
**OPTION**   64:*11, 13*
**Options**   64:*9*
**Orange**   2:*10*   64:*4*
**order**   26:*10*
**ordered**   64:*11, 13*
**organize**   13:*18*   34:*16*
**original**   26:*12*   27:*3
64:11, 15*
**outside**   28:*9, 11, 15
42:2, 10*   43:*6*
**outsourcing**   53:*19*
**overseas**   55:*23*
**owner**   14:*4, 5*

**< P >**
**P.A**   2:*9, 15*   64:*3*
**p.m**   1:*12*   57:*21*
**packaging**   14:*17, 23*
**PAGE**   3:*8*   62:*5, 6
63:1*
**pages**   37:*17*   63:*1*
**paragraph**   11:*11
18:18*   20:*21*   42:*14*
**parallel**   14:*1*
**Pardon**   32:*13*

**part**   27:*4*   35:*21
38:23*   51:*2*
**parties**   3:*12*   61:*9, 10*
**pause**   28:*1*
**paying**   33:*9*
**pays**   33:*7, 8*
**percent**   32:*18*   40:*13*
**PERERA**   2:*8, 9
4:23*   8:*16, 20*   9:*3, 11,
20, 25*   10:*15*   15:*25
18:13*   19:*2, 13*   20:*11,
22*   21:*5*   22:*11, 17
23:16*   24:*4, 22, 25
25:11, 16, 22, 25*   26:*6,
11*   27:*2, 24*   29:*6, 24
31:13*   32:*11, 14
33:16*   34:*4, 9, 18
35:3, 8, 13, 23*   36:*5,
16*   37:*10*   39:*3, 15, 25
40:5, 12, 19*   41:*2, 10,
18*   42:*1, 25*   43:*15, 24
44:10, 24*   45:*16, 22
46:2, 7, 17*   47:*5, 17
48:10, 15, 21*   49:*3, 18
50:7, 12, 19*   51:*2, 10,
14, 21*   52:*3, 11, 20, 24
53:4, 9, 22*   54:*4, 17,
24*   55:*16*   56:*16, 19
57:12, 16*   64:*2, 3, 6*
**perform**   53:*15*
**performance**   42:*17
49:1*
**performed**   15:*17
35:7*   51:*20*
**period**   25:*5*
**person**   14:*3*   16:*21
17:17*   23:*6, 17*   28:*5,
6, 7, 18, 23*   33:*5*   41:*3,
20*   42:*8*   46:*25*   47:*1
54:2*
**personal**   4:*24*   11:*14
57:5*
**personally**   56:*25*
**personnel**   24:*14
36:4, 5, 9, 14*   40:*25
41:13, 24*   42:*20*   43:*3,
4, 16, 22, 23*   45:*1, 18,
24*   49:*10*   50:*14, 17,
23*   51:*1, 18*   52:*2, 7, 9,

16*   55:*13*
**persons**   28:*8*
**pertain**   38:*17*   39:*10*
**pertaining**   14:*19
19:23*   23:*6*   28:*16*
**petition**   6:*20*
**phone**   5:*5, 9*
**phrase**   21:*17*
**PLACE**   1:*13*   9:*17
10:20*   36:*19*   44:*7
55:3*
**placed**   23:*23*
**Plaintiff**   1:*4*   2:*7*   4:*2
21:16*   38:*19, 23*   43:*2
57:1*
**Plaintiff's**   3:*17, 18,
19*   10:*7, 8, 25*   18:*17,
20*   20:*2*   21:*15*   35:*22
36:22, 23*   37:*8*   42:*12
56:9*
**please**   4:*21*   5:*19
6:14*   7:*23*   8:*4*   10:*11,
19, 21*   12:*7*   16:*2
18:18*   25:*12, 14, 22
26:7, 17*   27:*22*   29:*8,
14*   30:*20*   36:*18
37:19, 21*   48:*3*   55:*2
62:5, 21*   64:*9, 11, 12,
13, 16, 18*
**PLLC**   2:*3*
**point**   7:*22*   27:*10
34:8*   42:*5*   44:*25
49:2*   54:*17*
**policies**   19:*15, 23
26:1, 15*   34:*3*   39:*19
40:7, 15, 18*   44:*17, 18
45:12*   53:*23*   54:*10*
**policy**   45:*21, 22, 24
46:1, 4*   56:*22*
**politica**   19:*3, 15, 18*
**politics**   18:*23*   19:*3, 8,
22*
**position**   12:*9*   13:*12,
19, 21, 22*   15:*8*   16:*13,
22*   17:*18*   28:*23, 25
32:7*   33:*23*   38:*18
53:8*   54:*23*   55:*20
57:9*
**positions**   13:*25*   28:*24*

potential 32:*10*
practice 46:*2* 56:*22*
practices 33:*21, 22,
23* 40:*21, 22*
precise 14:*18*
precisely 51:*4*
premise 35:*17*
prepare 9:*1, 10*
prepared 11:*10* 13:*5*
20:*20* 21:*13, 18* 57:*2*
present 5:*25* 6:*11*
7:*20* 10:*1*
presented 10:*3*
42:*22* 45:*12*
pretty 35:*16*
preventing 8:*8*
previously 42:*11*
50:*10, 25*
prior 9:*23* 12:*25*
17:*7* 49:*2*
privileged 51:*11, 13*
probably 43:*13*
57:*18*
problem 8:*20* 27:*4*
29:*9* 32:*23*
problems 28:*20*
procedural 19:*5*
procedure 46:*4, 5, 15*
procedures 18:*24*
19:*4, 6, 16, 23* 21:*8,
25* 26:*2* 33:*20* 44:*18*
45:*13* 54:*3*
proceed 19:*17* 26:*19*
proceeding 51:*1*
process 24:*17*
produce 34:*17* 36:*11*
produced 35:*1, 11*
36:*9, 14* 43:*5* 55:*9,
12* 56:*7*
Production 3:*19*
37:*9* 38:*3, 10* 42:*23*
56:*9*
Productions 38:*2*
productive 55:*10*
56:*14*
proficiency 12:*16*
promotions 46:*20*
promptly 64:*12*
proper 49:*13*

properly 53:*16*
propounded 57:*21*
provide 5:*6* 6:*13*
12:*20* 23:*19* 25:*1*
29:*7* 37:*22*
provided 13:*21* 28:*4*
29:*4* 34:*7* 42:*14*
43:*1* 45:*3* 49:*22*
provides 25:*17*
26:*15* 28:*14* 31:*1*
providing 13:*10*
14:*12*
Public 1:*15* 4:*4*
58:*5, 13* 59:*5, 13*
60:*11*
purpose 5:*14* 44:*13*
56:*18*
purposes 56:*6* 63:*4*
pursuant 4:*2*
pushing 44:*8*
put 45:*24* 54:*14*

< Q >
quality 13:*16* 14:*23*
15:*1*
question 5:*15* 6:*8,
13, 15, 18* 7:*8, 14, 15,
23* 8:*5* 9:*9* 15:*10, 11*
19:*11* 20:*23, 24* 21:*2*
25:*13, 16* 26:*3, 9, 12*
27:*3, 11, 19, 22* 31:*20,
23, 25* 35:*15, 17, 23*
36:*6, 12* 39:*3, 6, 9, 13*
44:*8, 10, 11, 12, 24*
45:*17* 46:*9, 11, 12*
49:*11, 19, 23, 25*
51:*22*
questioning 8:*6*
26:*24* 27:*15*
questions 5:*14* 38:*2,
8, 9* 42:*2, 21* 43:*3, 11,
15, 17* 49:*16* 57:*21*
quick 19:*2* 42:*2*

< R >
READ 3:*8* 22:*12*
26:*11* 27:*11, 23*
37:*20, 22* 40:*20, 21*
46:*10* 62:*5* 63:*1*

64:*16*
reading 3:*13* 64:*12*
ready 57:*1*
Real 19:*2* 42:*2*
really 16:*1* 29:*22*
re-ask 26:*3*
reason 14:*3*
reasonable 44:*8*
reasonably 11:*15*
reasons 41:*21*
recall 30:*15*
receive 24:*21* 56:*12*
received 33:*25* 55:*20*
recess 7:*4* 27:*20*
30:*6*
record 4:*22* 7:*3, 5*
10:*19, 21* 14:*20*
27:*21* 36:*18* 42:*9*
49:*20* 51:*8* 55:*2, 5,
17* 57:*12* 61:*7*
records 17:*16* 47:*13*
52:*1* 55:*13*
recruit 24:*14*
reference 54:*10*
referenced 34:*22*
references 27:*6*
referring 12:*2* 23:*5,
11* 40:*10*
regarding 11:*10*
regards 30:*20* 49:*12*
55:*8*
re-give 26:*12*
regular 54:*13*
regulations 25:*7*
33:*11, 21* 40:*7*
regulatory 13:*20*
15:*3, 7, 12*
relate 38:*17*
related 39:*16* 42:*13,
14* 43:*1* 46:*15*
relative 61:*8, 10*
relevant 44:*5, 11, 14*
49:*25* 56:*6*
rely 51:*3*
remains 55:*20*
remember 16:*1, 25*
17:*15, 17, 18* 18:*21*
30:*18* 34:*23*
remotely 1:*13* 58:*6*

59:*6* 60:*5*
rendition 13:*6* 27:*25*
rep 42:*5, 10, 11, 13*
44:*14* 56:*2*
repeat 27:*21* 30:*20*
31:*23* 46:*12*
repeating 15:*11* 29:*6*
38:*8*
rephrase 7:*23*
rephrasing 15:*11*
replacement 29:*20, 22*
report 47:*4, 9* 61:*5*
REPORTED 1:*13*
4:*4*
REPORTER 3:*6* 4:*4*
6:*6, 11* 10:*22* 26:*11*
27:*18, 23* 46:*10*
53:*25* 54:*15* 58:*4*
59:*4* 61:*4* 64:*22*
reporter's 56:*16* 61:*1*
reports 47:*15, 22*
49:*6* 50:*6*
represent 8:*21* 34:*25*
37:*7* 57:*7*
representative 4:*24*
11:*5* 42:*24* 46:*6*
55:*7*
Request 3:*19* 6:*20*
35:*20, 22* 37:*9* 38:*4,
10, 11, 12* 43:*2* 56:*9*
requested 35:*12, 21*
50:*25* 53:*10*
Requests 38:*1, 3*
42:*16, 22*
require 38:*9* 40:*9*
42:*7*
required 13:*11*
18:*25* 30:*14, 21* 31:*2*
requirement 31:*8*
requires 7:*8* 51:*3*
reserved 3:*14*
resources 13:*25* 14:*3*
15:*14, 18, 20, 24*
16:*15, 16, 19, 20, 24*
17:*2, 10* 20:*3, 5*
28:*21* 40:*14* 50:*24*
52:*12, 13*
respect 31:*11* 45:*9*
47:*12* 55:*22, 24*

57:10
**Respectfully** 44:24
**respective** 3:12
**respond** 6:8, 18
38:11
**responded** 21:6
**responding** 39:4
**Response** 3:18 30:20
38:3 39:2 42:15
43:2, 5 55:8 56:8
**responses** 12:20
37:8, 12 38:4, 10
43:13
**responsibilities** 38:18
**responsibility** 16:17
**responsible** 34:16
**retaliation** 47:10
50:11
**RETURN** 62:6
**reveal** 9:5, 6
**review** 9:22 22:9, 19
**reviewed** 34:3
**reviews** 42:17
**right** 4:21 7:7
10:24 11:3 12:19
14:7 15:14 18:16
30:3 32:18 38:16
49:17 54:21 57:13
**rights** 29:1
**Rivera** 2:19 4:7
58:6
**Rodriguez** 52:13
**role** 12:9, 23 14:11
15:3 16:12 53:16
**roles** 12:25 13:8
**room** 8:24
**rule** 6:5, 10 7:7
**rules** 6:1 25:2, 6
33:11
**run** 6:3 13:25
**rush** 32:24

< S >
**SAAVEDRA** 2:8
9:21, 22
**safety** 40:7, 18
**SANDRA** 1:3 34:10
36:3 62:2 64:6
**sanitary** 28:16
**sanitation** 33:22

**SANTAELLA** 1:10
3:1 4:1, 12 5:3 60:5
62:2 64:2, 6
**saw** 16:18
**saying** 6:12 23:23
26:20 29:6, 8 44:4,
18 45:7, 18 51:13
**Schedule** 10:17
**scope** 42:10 43:6, 17
44:12 53:10
**Scott** 2:15
**screen** 10:11 11:1
12:7
**scroll** 10:14 11:3
37:17, 21, 23
**se** 23:19 26:10
**seal** 58:8 59:8 60:6
**second** 6:10 26:6
35:13 57:13
**see** 10:2, 11, 12, 16,
25 11:2, 5, 6 14:7
37:1, 2, 14, 15, 24
38:20 57:6
**seeking** 38:11
**seen** 11:7, 9
**select** 34:16
**send** 64:12
**sense** 5:16 6:8 7:11,
16
**sent** 38:5
**sentences** 13:4 29:13,
17
**September** 21:20
22:3
**sequence** 9:5
**series** 43:3, 17
**service** 13:11
**services** 13:10 14:13
**Seven** 12:14 53:3, 5
**shake** 6:7
**shape** 53:21
**sharing** 12:7
**SHEET** 3:7 62:6
63:3 64:11, 13, 15
**short** 13:4, 12 29:16
**show** 5:15 10:6
36:21 42:11
**showed** 10:3
**SIGN** 3:8 23:24
24:1, 5, 7, 19 29:2

30:14, 21, 24 31:3
33:14, 25 37:11, 13
41:8 44:19 62:6
63:1 64:16
**SIGNATURE** 63:6
**signed** 34:2, 23 35:1,
7 39:18 40:6, 25
56:12 64:13
**significant** 55:6
**signing** 3:13 40:17
**similarly** 6:17 42:21
**single** 19:1
**sir** 8:18 14:10, 19
17:23 19:6, 9, 19, 21
20:25 23:2, 4 24:2
25:8, 12, 15 29:8, 15,
18, 22 30:1 55:22
**sitting** 8:5 22:5
35:6 36:4 39:21
50:22
**six** 53:5
**slow** 27:12 32:24
**Smith** 2:3
**smoothly** 6:3
**SOLUTIONS** 1:6
2:19 49:8, 12, 13, 20,
22, 25 62:2 64:6
**SOPs** 28:25 34:23,
25 40:18 56:3, 12
**Sorry** 25:8 53:25
**South** 2:16
**SOUTHERN** 1:1
**Spanish** 2:19, 21 4:8,
9 12:20 30:9, 10
31:14
**speak** 12:17 13:5
29:16
**speaks** 32:15
**Special** 57:16
**specialist** 13:20 15:4,
8, 13
**specialization** 54:7
**specific** 28:24
**specifically** 7:15
25:25 49:14 57:2
**speculation** 20:11
51:21
**speed** 11:25
**spells** 17:5

**spoke** 7:9, 10 13:23
33:2
**stands** 8:19 19:7
**start** 40:15 42:4
**started** 14:12, 16
16:21
**starting** 55:23
**State** 4:5, 21 38:22
58:2, 5, 13 59:2, 5, 13
60:2, 11 61:2, 17
**stated** 56:2, 4
**statement** 32:14
**statements** 34:2
**STATES** 1:1
**stayed** 16:17
**Stenographer** 61:17
**stenographic** 61:7
**stenographically** 61:5
**stipulated** 3:11
**stop** 12:6 29:13
**stopped** 14:3 34:10
**stored** 44:21
**strategies** 9:5
**strike** 20:14
**stuff** 13:24 14:2
**submit** 54:9
**subordinates** 14:25
15:5
**subscribe** 63:4
**suffice** 6:25
**suggest** 22:15 25:5
29:12
**Suite** 2:3, 9, 15 64:4
**supervise** 14:25 15:4
**supervisors** 53:20
**supplemental** 28:14
**suppose** 19:13
**sure** 9:21 19:11
21:22 26:3 27:14
32:21 35:16 40:13
57:2
**swear** 4:15
**sworn** 4:8, 13 30:9
58:7 59:7 60:5

< T >
**take** 8:3, 4 9:17
16:4 26:23 27:17, 18
28:25 30:3

**TAKEN** 1:*11* 4:*1* 7:*4* 27:*20* 30:*6* 64:*6*

**talk** 53:*12*

**talking** 26:*1* 43:*4* 45:*16, 17* 54:*6*

**talks** 42:*25*

**tapped** 57:*19*

**technical** 12:*18*

**telephone** 41:*19*

**tell** 7:*9, 10* 18:*2, 8* 24:*17* 25:*6* 51:*7*

**telling** 24:*12* 34:*13* 44:*1*

**tells** 7:*15* 57:*19*

**ten** 30:*4*

**tenure** 20:*10* 23:*14*

**term** 19:*14* 36:*5*

**terminate** 57:*1*

**terms** 56:*19*

**testified** 4:*13*

**testify** 11:*18* 20:*20* 21:*13, 18* 57:*2*

**testifying** 8:*8*

**TESTIMONY** 3:*1* 4:*9* 7:*19* 11:*10, 13, 22* 25:*1, 7, 18, 25* 26:*21* 27:*10* 30:*10* 55:*6, 14, 19*

**Thank** 5:*9, 11, 18, 22* 7:*3* 8:*18, 22* 11:*13* 12:*5, 7* 13:*5, 6* 17:*25* 19:*19, 20* 23:*4* 25:*23* 28:*1* 29:*23, 24, 25* 30:*2, 5* 31:*7, 18* 33:*1, 5* 55:*1* 57:*15, 16* 64:*20*

**thanks** 57:*16*

**things** 43:*24* 45:*17, 20* 46:*21*

**think** 9:*3* 16:*2* 19:*10* 25:*5* 26:*13* 27:*2, 4, 7, 12* 29:*11* 32:*19* 43:*7* 44:*6, 7, 14* 45:*10* 47:*2* 52:*25* 56:*24, 25* 57:*4*

**thinking** 31:*18*

**third-party** 23:*24* 26:*14* 27:*8, 15*

**thirty** 64:*19*

**three** 6:*23, 25* 29:*13, 21*

**thrown** 34:*14* 52:*1*

**tied** 44:*23*

**TIME** 1:*12* 5:*7, 12* 6:*17* 13:*9, 13* 14:*1, 2* 16:*4, 18* 18:*2, 22* 21:*8* 25:*9* 27:*7, 18* 29:*20* 32:*25* 34:*11* 36:*10, 15* 37:*22* 43:*11, 14* 44:*4* 49:*12, 13, 15* 55:*12* 56:*8, 10, 15, 16, 17* 57:*10, 11*

**times** 22:*1*

**title** 15:*7, 16* 37:*15*

**today** 4:*19* 6:*6* 7:*8* 8:*2, 9, 12* 11:*25* 17:*2* 22:*5* 35:*6* 36:*4* 39:*22* 50:*22* 55:*7*

**today's** 5:*13* 6:*2* 9:*1, 10, 23* 11:*7*

**told** 15:*12* 35:*21* 53:*2*

**tomorrow** 55:*23*

**topic** 20:*20* 43:*25* 45:*2* 46:*6* 53:*9*

**topics** 3:*17* 11:*4, 7, 11* 18:*17* 42:*3, 5* 43:*10, 18* 44:*6, 13, 15, 23* 45:*11, 20*

**touch** 32:*8*

**train** 25:*24* 28:*22* 53:*20* 54:*3, 6, 18*

**trained** 28:*15* 54:*2, 10*

**training** 24:*17* 25:*3, 5, 17* 26:*2, 15* 28:*7, 24* 29:*4, 7* 33:*24, 25* 34:*3* 53:*7, 12, 15*

**transcribed** 64:*9*

**transcript** 3:*13* 54:*14* 61:*6* 62:*1, 5, 6* 63:*4* 64:*9, 11, 13, 15*

**translate** 37:*21*

**translation** 19:*3* 24:*22, 25* 25:*4* 27:*12* 29:*14* 32:*12* 54:*4, 17, 19, 20*

**translations** 19:*14*

**true** 61:*7*

**truthfully** 8:*9*

**try** 46:*7*

**trying** 42:*3*

**turn** 35:*24*

**two** 11:*19* 19:*14* 27:*8* 29:*13* 31:*19* 43:*24* 53:*17*

**two-page** 10:*16*

**type** 13:*11* 39:*12* 46:*21*

**types** 31:*19*

**typically** 40:*3, 6* 46:*22*

**< U >**

**uh-huh** 6:*7*

**uh-uh** 6:*7*

**umbrella** 45:*15*

**undersigned** 60:*4*

**understand** 5:*25* 6:*3, 4* 7:*18, 20, 22, 24* 11:*13, 18, 22, 24* 12:*2, 4* 15:*10* 18:*22* 21:*17* 27:*6* 29:*9* 35:*2, 19* 37:*9, 14* 38:*6, 14, 24* 39:*12* 44:*3* 45:*8* 51:*8, 12, 13* 57:*6, 9, 10*

**understanding** 19:*18*

**Understood** 10:*6* 14:*9, 22* 15:*19* 19:*25* 36:*1* 51:*6* 56:*1*

**Unfortunately** 15:*10*

**UNITED** 1:*1*

**unlawful** 47:*15, 22* 50:*6, 8*

**updated** 18:*24* 21:*23* 22:*2*

**updates** 22:*9*

**use** 6:*21* 22:*24* 64:*11*

**< V >**

**vacancy** 13:*15*

**vacation** 33:*3* 47:*13* 57:*3*

**vacations** 28:*10* 32:*4* 46:*19* 47:*18, 20* 48:*1,*

*2*

**various** 13:*8* 32:*2*

**Venezuela** 53:*18, 19*

**verbal** 47:*1, 13, 19, 20* 48:*5, 8* 51:*16, 19* 52:*1* 56:*4, 13*

**verify** 19:*7*

**version** 18:*22* 21:*22* 22:*6*

**versions** 18:*6*

**versus** 46:*15*

**VILLEGAS** 2:*13*

**vs** 1:*5*

**< W >**

**want** 5:*14* 37:*24* 42:*1* 45:*5, 19* 46:*8* 48:*24* 55:*22* 56:*15, 21*

**wants** 13:*3*

**warning** 47:*1* 48:*11* 56:*5*

**warnings** 46:*20* 47:*14, 19, 21* 48:*5, 8* 51:*17, 19* 52:*2* 56:*4, 13, 14*

**warrant** 38:*3*

**waste** 56:*16*

**wasting** 43:*10, 14*

**Way** 5:*7* 8:*14* 27:*1, 2* 28:*2* 29:*14* 39:*5* 49:*23* 51:*22* 53:*21*

**week** 9:*16*

**welcome** 19:*21* 30:*1*

**Well** 13:*8, 9* 17:*15* 18:*21* 19:*5* 22:*18* 23:*5* 27:*2* 29:*15* 35:*18* 38:*5* 41:*16* 42:*16* 44:*1, 16* 55:*17* 57:*15*

**we're** 43:*10, 14*

**we've** 35:*14* 51:*3*

**whatnot** 42:*19*

**wishes** 13:*5*

**withheld** 56:*10*

**WITNESS** 3:*5* 4:*15* 6:*20, 25* 9:*7* 13:*2* 25:*9* 29:*10, 16* 49:*20, 24* 54:*6* 57:*1, 22*

58:*8*  59:*8*  60:*6*
**witness's**  29:*12*
**word**  22:*25*  31:*4*
54:*5, 8, 25*
**work**  5:*5, 9, 18, 20*
12:*22*  14:*12, 22*
15:*12, 17*  16:*6*  21:*16*
23:*18*  28:*11*  35:7
38:*18*  40:*17*  46:*25*
47:*3*  51:*20*
**worked**  15:*1*  53:*18*
**worker**  21:*16*  32:*17*
55:*21*
**working**  14:*4, 23*
20:*5*  34:*10*  53:*2*
**workplace**  47:*14, 21*
49:*6*
**work-related**  46:*25*
**write**  12:*17*  62:*1*
**written**  38:*2, 3, 4, 8, 9,*
*10, 11, 16*  47:*14, 19,*
*21*  48:*5, 8*  51:*16, 19*
52:*2*  56:*13*
**wrong**  56:*24*

**< Y >**
**Yeah**  5:*1*  23:*17*
56:*19*
**year**  15:*23*  16:*6, 10,*
*23*  18:*10*  19:*1*
**years**  12:*14*  15:*21,*
*22*  18:7  53:*3, 5*
**yesterday**  6:*1*  55:7
**yesterday's**  10:*1*
**YORK**  1:7  2:*19*
62:*2*  64:*6*

**< Z >**
**Zoom**  1:*13*  2:*6, 12,*
*18, 19*  7:*18*  10:*13*

## WORD LIST

**< 0 >**
**0:24-cv-61337-AHS** (*1*)

**< 1 >**
**1** (*8*)
**1:55** (*2*)
**10** (*3*)
**10:13** (*1*)
**100** (*1*)
**12555** (*2*)
**13** (*2*)
**1400** (*1*)
**15th** (*1*)
**18** (*1*)
**18th** (*7*)

**< 2 >**
**2** (*5*)
**20** (*1*)
**2016** (*3*)
**2017** (*3*)
**2023** (*9*)
**2025** (*10*)
**215** (*1*)
**26** (*1*)
**26th** (*1*)
**272-2220** (*1*)
**278990** (*3*)
**29th** (*1*)

**< 3 >**
**3** (*1*)
**3/18/2025** (*1*)
**30** (*2*)
**305** (*2*)
**30th** (*1*)
**3260** (*2*)
**33025** (*1*)
**33131** (*1*)
**33156** (*1*)
**33330** (*2*)
**341-3616** (*1*)
**36** (*1*)
**38679** (*1*)

**< 4 >**

**4** (*1*)
**4107** (*2*)
**485-5232** (*1*)

**< 5 >**
**520** (*1*)
**58** (*1*)
**59** (*1*)

**< 6 >**
**6/21/2026** (*3*)
**60** (*1*)
**61** (*1*)
**62** (*1*)
**63** (*1*)
**663-7058** (*1*)

**< 7 >**
**786** (*1*)

**< 9 >**
**9150** (*1*)
**946-1884** (*1*)
**95** (*1*)
**954** (*1*)

**< A >**
**a.m** (*2*)
**abide** (*2*)
**ability** (*3*)
**able** (*6*)
**above-styled** (*1*)
**Absolutely** (*5*)
**accepted** (*1*)
**access** (*5*)
**accident** (*2*)
**accidents** (*1*)
**accuracy** (*1*)
**acknowledging** (*1*)
**acknowledgments** (*1*)
**action** (*2*)
**activities** (*1*)
**activity** (*3*)
**add** (*1*)
**addition** (*1*)
**address** (*9*)
**addresses** (*1*)
**adjourning** (*1*)
**advise** (*1*)

**advises** (*1*)
**agencies** (*1*)
**agency** (*22*)
**agree** (*2*)
**agreed** (*1*)
**ahead** (*5*)
**allow** (*5*)
**allowed** (*1*)
**allows** (*1*)
**alternative** (*1*)
**amended** (*1*)
**AMENDMENT** (*1*)
**amendments** (*1*)
**Ana** (*1*)
**answer** (*23*)
**answering** (*1*)
**answers** (*5*)
**anticipate** (*1*)
**anybody** (*4*)
**apologies** (*2*)
**apologizes** (*1*)
**APPEARANCES** (*1*)
**appeared** (*8*)
**APPEARING** (*4*)
**application** (*4*)
**applied** (*3*)
**APPOINTMENT** (*2*)
**appreciate** (*3*)
**appropriate** (*4*)
**approve** (*1*)
**approximately** (*1*)
**Arana** (*3*)
**A-R-A-N-A** (*1*)
**argument** (*2*)
**Argumentative** (*2*)
**asked** (*16*)
**asking** (*13*)
**assessment** (*1*)
**assign** (*1*)
**assigned** (*9*)
**assignee** (*20*)
**A-S-S-I-G-N-E-E** (*1*)
**assignees** (*27*)
**assignee's** (*1*)
**A-S-S-I-G-N-E-E-S** (*1*)
**assigning** (*1*)
**assignment** (*2*)
**assignments** (*1*)

**assume** (*1*)
**assumed** (*1*)
**assuming** (*1*)
**assure** (*2*)
**attached** (*2*)
**attention** (*1*)
**attorney** (*8*)
**attorneys** (*2*)
**attorney's** (*1*)
**audible** (*1*)
**authority** (*1*)
**authorized** (*1*)
**available** (*2*)
**aware** (*2*)

**< B >**
**back** (*13*)
**background** (*1*)
**backtrack** (*1*)
**bad** (*1*)
**banking** (*1*)
**Barbara** (*8*)
**BARROUKH** (*125*)
**based** (*2*)
**basically** (*3*)
**bathroom** (*1*)
**began** (*2*)
**beginning** (*2*)
**BEHALF** (*6*)
**believe** (*19*)
**beneficial** (*1*)
**benefits** (*10*)
**best** (*3*)
**beyond** (*1*)
**bigger** (*1*)
**binding** (*1*)
**book** (*1*)
**booklet** (*1*)
**books** (*2*)
**Boulevard** (*1*)
**bounce** (*1*)
**box** (*1*)
**break** (*6*)
**Brickell** (*1*)
**brief** (*1*)
**bring** (*1*)
**broadly** (*1*)
**business** (*2*)

< C >
call  *(4)*
called  *(3)*
Calls  *(3)*
capable  *(1)*
capacity  *(1)*
capture  *(1)*
CARDONA  *(3)*
Cardona's  *(3)*
carry  *(1)*
CASE  *(15)*
category  *(1)*
causing  *(1)*
cc  *(1)*
CEO  *(1)*
certain  *(7)*
CERTIFICATE  *(8)*
certify  *(5)*
changed  *(3)*
CHANGES  *(1)*
changes/corrections  *(1)*
charge  *(2)*
chemist  *(2)*
choice  *(2)*
chosen  *(1)*
clarify  *(13)*
clarifying  *(1)*
clear  *(9)*
clearly  *(2)*
client  *(17)*
clients  *(1)*
client's  *(8)*
closely  *(1)*
coinciding  *(1)*
Cole  *(1)*
come  *(2)*
comes  *(2)*
comfortable  *(1)*
coming  *(2)*
commencing  *(1)*
Commission  *(6)*
common  *(2)*
communicate  *(2)*
companies  *(3)*
company  *(44)*
company's  *(5)*
competencia  *(1)*
competency  *(6)*

competition  *(5)*
competitions  *(1)*
complete  *(7)*
completed  *(3)*
completely  *(5)*
comply  *(1)*
conducting  *(1)*
confer  *(1)*
confirm  *(2)*
confirmed  *(1)*
conflate  *(1)*
conflating  *(1)*
confused  *(1)*
confusing  *(1)*
connected  *(1)*
construe  *(1)*
contact  *(2)*
contacts  *(1)*
content  *(1)*
context  *(1)*
continue  *(3)*
continued  *(1)*
continues  *(1)*
continuing  *(1)*
contracting  *(1)*
contrast  *(2)*
contrasting  *(1)*
control  *(1)*
conversation  *(2)*
coordinate  *(3)*
coordinator  *(6)*
copy  *(6)*
corporate  *(11)*
correct  *(28)*
corrected  *(2)*
correcting  *(1)*
Correction  *(1)*
CORRECTIONS  *(2)*
corrections/changes  *(1)*
counsel  *(13)*
countless  *(1)*
COUNTY  *(4)*
couple  *(1)*
course  *(1)*
COURT  *(17)*
courtesy  *(3)*
courtroom  *(1)*
COVER  *(4)*

create  *(3)*
critical  *(2)*
crucial  *(1)*
cut  *(1)*

< D >
Dadeland  *(1)*
dangerous  *(1)*
Dania  *(3)*
DANIEL  *(5)*
daniel@dereksmithlaw.com  *(1)*
danielb@dereksmithlaw.com  *(1)*
data  *(1)*
DATE  *(7)*
Dated  *(1)*
Davie  *(2)*
day  *(10)*
days  *(2)*
DE  *(1)*
Dear  *(1)*
decide  *(1)*
decision  *(4)*
DEFENDANT  *(8)*
Defendants  *(2)*
Defendant's  *(6)*
define  *(1)*
delay  *(2)*
delete  *(1)*
deleted  *(1)*
department  *(9)*
depending  *(1)*
depends  *(2)*
depo  *(2)*
Deponent  *(2)*
deposit  *(1)*
DEPOSITION  *(28)*
depositions  *(1)*
Derek  *(1)*
descriptions  *(1)*
deserve  *(1)*
determination  *(1)*
developed  *(2)*
devices  *(1)*
deVillegas  *(3)*
DIAZ  *(4)*
dietary  *(1)*
difference  *(7)*

differences  *(6)*
different  *(3)*
Direct  *(12)*
DIRECTED  *(1)*
directing  *(1)*
directly  *(7)*
disagree  *(5)*
disclose  *(2)*
disclosed  *(1)*
discovery  *(5)*
discrepancies  *(1)*
discrepancy  *(1)*
discrimination  *(2)*
discussed  *(2)*
discussing  *(1)*
discussion  *(3)*
discussions  *(5)*
disposed  *(1)*
disrespectful  *(1)*
distinction  *(2)*
DISTRIBUTE  *(1)*
distributed  *(1)*
DISTRICT  *(2)*
document  *(20)*
documentation  *(6)*
documentations  *(2)*
documents  *(33)*
drawing  *(1)*
Drive  *(3)*
due  *(1)*
duly  *(6)*
duration  *(1)*
duties  *(2)*

< E >
easiest  *(1)*
easily  *(1)*
easy  *(2)*
edits  *(1)*
effect  *(13)*
efficient  *(3)*
eight  *(2)*
electronic  *(1)*
Eliet  *(2)*
E-L-I-E-T  *(1)*
email  *(2)*
emergency  *(3)*
employed  *(1)*
employee  *(48)*

employees  *(25)*
employee's  *(1)*
**EMPLOYMENT**  *(22)*
English  *(5)*
enjoy  *(2)*
**ENTER**  *(1)*
entire  *(2)*
entities  *(1)*
**ERRATA**  *(5)*
**ERROR**  *(1)*
**ESQUIRE**  *(10)*
evaluation  *(1)*
evaluations  *(6)*
Everest  *(1)*
exactly  *(7)*
**Examination**  *(2)*
examined  *(1)*
**Example**  *(4)*
**Excellent**  *(1)*
**Executive**  *(2)*
**Exhibit**  *(9)*
exist  *(1)*
existed  *(3)*
experience  *(1)*
**Expires**  *(3)*
explain  *(6)*
explained  *(2)*
explaining  *(1)*
explains  *(1)*
expressly  *(1)*
extensive  *(1)*
extent  *(2)*

**< F >**
**FABIANA**  *(33)*
fabiana@n  *(1)*
fact  *(1)*
fair  *(2)*
fall  *(1)*
falls  *(1)*
family  *(1)*
far  *(3)*
feel  *(2)*
felt  *(1)*
**FERNANDEZ**  *(11)*
Fernando  *(4)*
**FI.net**  *(1)*
figure  *(1)*
file  *(39)*

filed  *(3)*
files  *(7)*
filing  *(2)*
fill  *(1)*
filled  *(4)*
final  *(1)*
financially  *(1)*
find  *(1)*
fine  *(11)*
finish  *(4)*
firm  *(1)*
**First**  *(13)*
**Fisher**  *(8)*
five  *(5)*
five-minute  *(1)*
**FLORIDA**  *(17)*
follow  *(7)*
followed  *(2)*
following  *(2)*
follows  *(4)*
force  *(1)*
foregoing  *(2)*
foremost  *(1)*
form  *(44)*
forms  *(3)*
**FORMULATORS**
  *(66)*
forward  *(2)*
found  *(6)*
**FREDDY**  *(11)*
freddy@bpa-law.com
  *(2)*
**Friday**  *(1)*
full  *(4)*
further  *(4)*
future  *(1)*

**< G >**
general  *(17)*
**Generally**  *(3)*
generate  *(1)*
give  *(9)*
given  *(8)*
giving  *(2)*
**GM**  *(1)*
go  *(19)*
goal  *(1)*
going  *(22)*
**Good**  *(9)*

great  *(2)*
gripe  *(1)*
ground  *(2)*
**Group**  *(3)*
guess  *(1)*
guy  *(1)*
guys  *(1)*

**< H >**
hand  *(3)*
handbook  *(31)*
handbooks  *(5)*
handle  *(1)*
handling  *(3)*
happen  *(2)*
happy  *(1)*
harassment  *(2)*
head  *(5)*
hear  *(1)*
heard  *(1)*
held  *(1)*
help  *(4)*
helped  *(1)*
helping  *(1)*
hereto  *(1)*
**HH**  *(3)*
**HILLSBOROUGH**
  *(4)*
him/her  *(1)*
hire  *(2)*
hired  *(1)*
**Honestly**  *(3)*
hope  *(1)*
hopefully  *(1)*
hours  *(3)*
**HR**  *(8)*
human  *(20)*
hygiene  *(1)*

**< I >**
identification  *(2)*
important  *(4)*
include  *(3)*
included  *(3)*
includes  *(1)*
including  *(3)*
inclusive  *(1)*
inconvenience  *(1)*
incorporate  *(1)*

incorrect  *(1)*
indicated  *(1)*
indicates  *(1)*
individual  *(1)*
individuals  *(2)*
information  *(5)*
injuries  *(1)*
injury  *(2)*
instance  *(1)*
instruct  *(2)*
instruction  *(3)*
interested  *(1)*
intermediate  *(1)*
interpret  *(2)*
interpretation  *(1)*
interpreter  *(58)*
interrogatories  *(6)*
interrogatory  *(2)*
interrupt  *(1)*
interrupting  *(1)*
intimidating  *(1)*
introduce  *(1)*
involves  *(1)*
**Ion**  *(2)*
issue  *(9)*
issued  *(4)*
issues  *(2)*
issuing  *(1)*
items  *(1)*
its  *(5)*

**< J >**
**January**  *(1)*
**JENNY**  *(1)*
**Job**  *(10)*
joined  *(2)*
joining  *(1)*
judge  *(3)*
jumping  *(3)*
**June**  *(1)*
jury  *(1)*

**< K >**
keep  *(4)*
kept  *(1)*
**Key**  *(2)*
kids  *(1)*
**Kissane**  *(1)*
know  *(62)*

Deposition of Maria Fabiana Santaella                    Sandra Cardona v. Nutrition Formulators, Inc., et al.

knowledge  *(20)*
known  *(1)*
knows  *(1)*

**< L >**
lady  *(1)*
Large  *(1)*
Law  *(4)*
lawsuit  *(3)*
lawyer  *(4)*
lawyers  *(3)*
leave  *(1)*
letting  *(3)*
level  *(2)*
line  *(4)*
lines  *(1)*
lingering  *(1)*
List  *(10)*
listed  *(1)*
listen  *(3)*
little  *(1)*
live  *(1)*
LLORENS  *(1)*
locations  *(1)*
long  *(11)*
longer  *(1)*
look  *(3)*
looking  *(4)*
looks  *(1)*
lot  *(6)*
luxury  *(1)*

**< M >**
Madam  *(1)*
maintain  *(5)*
maintained  *(6)*
making  *(2)*
manage  *(2)*
manager  *(11)*
managers  *(3)*
manual  *(4)*
manuals  *(1)*
manufacturing  *(3)*
March  *(11)*
MARI  *(1)*
MARIA  *(8)*
MARK  *(1)*
marked  *(6)*
Marquez  *(3)*

material  *(1)*
mean  *(6)*
meaning  *(1)*
means  *(2)*
meant  *(3)*
meet  *(1)*
meeting  *(4)*
MELISSA  *(11)*
mention  *(3)*
mentioned  *(4)*
mentioning  *(1)*
mentions  *(1)*
merits  *(1)*
Miami  *(2)*
middle  *(1)*
mind  *(7)*
mine  *(1)*
minute  *(2)*
minutes  *(6)*
Miramar  *(2)*
mistake  *(1)*
mistaken  *(1)*
mistakes  *(1)*
mixing  *(1)*
modify  *(1)*
moment  *(3)*
month  *(2)*
months  *(3)*
morning  *(1)*
moving  *(1)*

**< N >**
name  *(11)*
names  *(1)*
Nancy  *(2)*
NATHALY  *(3)*
Navas  *(3)*
necessary  *(1)*
necessitated  *(1)*
need  *(22)*
needed  *(7)*
needs  *(3)*
Nestle  *(1)*
never  *(1)*
NEW  *(7)*
NFI  *(5)*
NFI's  *(1)*
nice  *(1)*
normal  *(1)*

norms  *(13)*
Notary  *(7)*
note  *(6)*
notes  *(2)*
notice  *(1)*
noticed  *(1)*
notifies  *(1)*
notify  *(1)*
number  *(6)*
NUTRITION  *(80)*
Nutritional  *(2)*
Nutrition's  *(2)*

**< O >**
O-301  *(1)*
OATH  *(7)*
object  *(10)*
objected  *(2)*
objecting  *(1)*
Objection  *(35)*
objections  *(2)*
obligated  *(1)*
obtain  *(1)*
obviously  *(5)*
occur  *(1)*
Octavian  *(2)*
offered  *(1)*
office  *(6)*
official  *(4)*
off-the-record  *(3)*
Oh  *(3)*
Okay  *(14)*
OLIVIA  *(3)*
olivia.diazdevillegas@c
kslegal.com  *(1)*
olivia.diazdevillegas@c
sklegal.com  *(1)*
omitted  *(1)*
once  *(1)*
ones  *(2)*
onset  *(1)*
opened  *(1)*
opening  *(1)*
operator  *(2)*
opposed  *(1)*
opposing  *(1)*
OPTION  *(2)*
Options  *(1)*
Orange  *(2)*

order  *(1)*
ordered  *(2)*
organize  *(2)*
original  *(4)*
outside  *(6)*
outsourcing  *(1)*
overseas  *(1)*
owner  *(2)*

**< P >**
P.A  *(3)*
p.m  *(2)*
packaging  *(2)*
PAGE  *(6)*
pages  *(2)*
paragraph  *(4)*
parallel  *(1)*
Pardon  *(1)*
part  *(4)*
parties  *(3)*
pause  *(1)*
paying  *(1)*
pays  *(2)*
percent  *(2)*
PERERA  *(99)*
perform  *(1)*
performance  *(2)*
performed  *(3)*
period  *(1)*
person  *(19)*
personal  *(3)*
personally  *(1)*
personnel  *(28)*
persons  *(1)*
pertain  *(2)*
pertaining  *(4)*
petition  *(1)*
phone  *(2)*
phrase  *(1)*
PLACE  *(6)*
placed  *(1)*
Plaintiff  *(8)*
Plaintiff's  *(16)*
please  *(34)*
PLLC  *(1)*
point  *(7)*
policies  *(14)*
policy  *(6)*
politica  *(4)*

politics  *(4)*
position  *(19)*
positions  *(2)*
potential  *(1)*
practice  *(2)*
practices  *(6)*
precise  *(1)*
precisely  *(1)*
premise  *(1)*
prepare  *(2)*
prepared  *(6)*
present  *(4)*
presented  *(3)*
pretty  *(1)*
preventing  *(1)*
previously  *(3)*
prior  *(4)*
privileged  *(2)*
probably  *(2)*
problem  *(4)*
problems  *(1)*
procedural  *(1)*
procedure  *(3)*
procedures  *(13)*
proceed  *(2)*
proceeding  *(1)*
process  *(2)*
produce  *(2)*
produced  *(8)*
Production  *(6)*
Productions  *(1)*
productive  *(2)*
proficiency  *(1)*
promotions  *(1)*
promptly  *(1)*
proper  *(1)*
properly  *(1)*
propounded  *(1)*
provide  *(7)*
provided  *(8)*
provides  *(4)*
providing  *(2)*
Public  *(7)*
purpose  *(3)*
purposes  *(2)*
pursuant  *(1)*
pushing  *(1)*
put  *(2)*

< Q >
quality  *(4)*
question  *(57)*
questioning  *(3)*
questions  *(13)*
quick  *(2)*

< R >
READ  *(16)*
reading  *(2)*
ready  *(1)*
Real  *(2)*
really  *(2)*
re-ask  *(1)*
reason  *(1)*
reasonable  *(1)*
reasonably  *(1)*
reasons  *(1)*
recall  *(1)*
receive  *(2)*
received  *(2)*
recess  *(3)*
record  *(16)*
records  *(4)*
recruit  *(1)*
reference  *(1)*
referenced  *(1)*
references  *(1)*
referring  *(4)*
regarding  *(1)*
regards  *(3)*
re-give  *(1)*
regular  *(1)*
regulations  *(4)*
regulatory  *(4)*
relate  *(1)*
related  *(5)*
relative  *(2)*
relevant  *(5)*
rely  *(1)*
remains  *(1)*
remember  *(10)*
remotely  *(4)*
rendition  *(2)*
rep  *(6)*
repeat  *(4)*
repeating  *(3)*
rephrase  *(1)*
rephrasing  *(1)*

replacement  *(2)*
report  *(3)*
REPORTED  *(2)*
REPORTER  *(15)*
reporter's  *(2)*
reports  *(2)*
represent  *(4)*
representative  *(5)*
Request  *(11)*
requested  *(4)*
Requests  *(4)*
require  *(3)*
required  *(5)*
requirement  *(1)*
requires  *(2)*
reserved  *(1)*
resources  *(20)*
respect  *(1)*
Respectfully  *(1)*
respective  *(1)*
respond  *(3)*
responded  *(1)*
responding  *(1)*
Response  *(9)*
responses  *(6)*
responsibilities  *(1)*
responsibility  *(1)*
responsible  *(1)*
retaliation  *(2)*
RETURN  *(1)*
reveal  *(2)*
review  *(3)*
reviewed  *(1)*
reviews  *(1)*
right  *(14)*
rights  *(1)*
Rivera  *(3)*
Rodriguez  *(1)*
role  *(6)*
roles  *(2)*
room  *(1)*
rule  *(3)*
rules  *(4)*
run  *(2)*
rush  *(1)*

< S >
SAAVEDRA  *(3)*
safety  *(2)*

SANDRA  *(5)*
sanitary  *(1)*
sanitation  *(1)*
SANTAELLA  *(9)*
saw  *(1)*
saying  *(10)*
Schedule  *(1)*
scope  *(5)*
Scott  *(1)*
screen  *(3)*
scroll  *(5)*
se  *(2)*
seal  *(3)*
second  *(5)*
see  *(17)*
seeking  *(1)*
seen  *(2)*
select  *(1)*
send  *(1)*
sense  *(4)*
sent  *(1)*
sentences  *(3)*
September  *(2)*
sequence  *(1)*
series  *(2)*
service  *(1)*
services  *(2)*
Seven  *(3)*
shake  *(1)*
shape  *(1)*
sharing  *(1)*
SHEET  *(6)*
short  *(3)*
show  *(4)*
showed  *(1)*
SIGN  *(20)*
SIGNATURE  *(1)*
signed  *(9)*
significant  *(1)*
signing  *(2)*
similarly  *(2)*
single  *(1)*
sir  *(21)*
sitting  *(6)*
six  *(1)*
slow  *(2)*
Smith  *(1)*
smoothly  *(1)*
SOLUTIONS  *(11)*

Deposition of Maria Fabiana Santaella                    Sandra Cardona v. Nutrition Formulators, Inc., et al.

**SOPs** *(6)*
**Sorry** *(2)*
**South** *(1)*
**SOUTHERN** *(1)*
**Spanish** *(8)*
**speak** *(3)*
**speaks** *(1)*
**Special** *(1)*
**specialist** *(4)*
**specialization** *(1)*
**specific** *(1)*
**specifically** *(4)*
**speculation** *(2)*
**speed** *(1)*
**spells** *(1)*
**spoke** *(4)*
**stands** *(2)*
**start** *(2)*
**started** *(4)*
**starting** *(1)*
**State** *(12)*
**stated** *(1)*
**statement** *(1)*
**statements** *(1)*
**STATES** *(1)*
**stayed** *(1)*
**Stenographer** *(1)*
**stenographic** *(1)*
**stenographically** *(1)*
**stipulated** *(1)*
**stop** *(2)*
**stopped** *(2)*
**stored** *(1)*
**strategies** *(1)*
**strike** *(1)*
**stuff** *(2)*
**submit** *(1)*
**subordinates** *(2)*
**subscribe** *(1)*
**suffice** *(1)*
**suggest** *(3)*
**Suite** *(4)*
**supervise** *(2)*
**supervisors** *(1)*
**supplemental** *(1)*
**suppose** *(1)*
**sure** *(9)*
**swear** *(1)*
**sworn** *(6)*

**< T >**
**take** *(9)*
**TAKEN** *(6)*
**talk** *(1)*
**talking** *(5)*
**talks** *(1)*
**tapped** *(1)*
**technical** *(1)*
**telephone** *(1)*
**tell** *(7)*
**telling** *(3)*
**tells** *(2)*
**ten** *(1)*
**tenure** *(2)*
**term** *(2)*
**terminate** *(1)*
**terms** *(1)*
**testified** *(1)*
**testify** *(5)*
**testifying** *(1)*
**TESTIMONY** *(16)*
**Thank** *(32)*
**thanks** *(1)*
**things** *(4)*
**think** *(21)*
**thinking** *(1)*
**third-party** *(4)*
**thirty** *(1)*
**three** *(4)*
**thrown** *(2)*
**tied** *(1)*
**TIME** *(37)*
**times** *(1)*
**title** *(3)*
**today** *(14)*
**today's** *(7)*
**told** *(3)*
**tomorrow** *(1)*
**topic** *(5)*
**topics** *(15)*
**touch** *(1)*
**train** *(6)*
**trained** *(3)*
**training** *(17)*
**transcribed** *(1)*
**transcript** *(12)*
**translate** *(1)*
**translation** *(11)*

**translations** *(1)*
**true** *(1)*
**truthfully** *(1)*
**try** *(1)*
**trying** *(1)*
**turn** *(1)*
**two** *(7)*
**two-page** *(1)*
**type** *(3)*
**types** *(1)*
**typically** *(3)*

**< U >**
**uh-huh** *(1)*
**uh-uh** *(1)*
**umbrella** *(1)*
**undersigned** *(1)*
**understand** *(34)*
**understanding** *(1)*
**Understood** *(9)*
**Unfortunately** *(1)*
**UNITED** *(1)*
**unlawful** *(4)*
**updated** *(3)*
**updates** *(1)*
**use** *(3)*

**< V >**
**vacancy** *(1)*
**vacation** *(3)*
**vacations** *(7)*
**various** *(2)*
**Venezuela** *(2)*
**verbal** *(11)*
**verify** *(1)*
**version** *(3)*
**versions** *(1)*
**versus** *(1)*
**VILLEGAS** *(1)*
**vs** *(1)*

**< W >**
**want** *(10)*
**wants** *(1)*
**warning** *(3)*
**warnings** *(12)*
**warrant** *(1)*
**waste** *(2)*
**wasting** *(2)*

**Way** *(10)*
**week** *(1)*
**welcome** *(2)*
**Well** *(17)*
**we're** *(2)*
**we've** *(2)*
**whatnot** *(1)*
**wishes** *(1)*
**withheld** *(1)*
**WITNESS** *(17)*
**witness's** *(1)*
**word** *(5)*
**work** *(19)*
**worked** *(2)*
**worker** *(3)*
**working** *(5)*
**workplace** *(3)*
**work-related** *(1)*
**write** *(2)*
**written** *(18)*
**wrong** *(1)*

**< Y >**
**Yeah** *(3)*
**year** *(7)*
**years** *(6)*
**yesterday** *(2)*
**yesterday's** *(1)*
**YORK** *(4)*

**< Z >**
**Zoom** *(7)*