UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-61337-CIV-SINGHAL/STRAUSS

SANDRA CARDONA,

    Plaintiff,

v.

NUTRITION FORMULATORS, INC. and
EMPLOYMENT SOLUTIONS OF NEW YORK,
INC.,

    Defendant.
_____/

## ORDER RESETTING TRIAL AND PRE-TRIAL SCHEDULE

**THIS CAUSE** is before the Court pursuant to the parties' Joint Motion for an Extension of Time for Limited Discovery and to File Dispositive Motions (DE [40]). The Motion (DE [40]) is **GRANTED** as follows.

**ORDERED AND ADJUDGED** that this case is reset for trial during the Court's two-week trial calendar beginning on **August 25, 2025, at 9:00 a.m.** Calendar call will be held via ZOOM at **2:00 p.m. on Wednesday, August 20, 2025**. A ZOOM link will be sent in a subsequent order. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 110 at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301**.

The parties shall adhere to the following schedule:[1]

| Date | Event |
|---|---|
| **4/18/2025** | Mediation Report filed (DE [20]) |
| **4/28/2025** | Limited discovery is completed in accordance with Judge Strauss's findings at the April 10, 2025 Discovery Hearing (DE [38]) |
| **5/23/2025** | All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed.  **This deadline includes all dispositive motions.** |
| **6/25/2025** | Motions *in limine* are filed. |
| **7/22/2025** | Parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition.  If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript.  Any objections or counter-designations shall be filed within **ten (10) days of the designations.** |
| **8/1/2025** | Counsel meet to review pre-marked exhibits and proposed demonstrative exhibits. |
| **8/8/2025** | Parties submit joint pre-trial stipulation and witness and exhibit lists in accordance with Local Rule 16.1(d) and (e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

---

[1] All instructions and requirements, other than these deadlines, set forth in the Court's original Scheduling Order (DE [13]) remain in effect.