UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SANDRA CARDONA,**

    **Plaintiff,**                                         Case No.: 0:24-cv-61337-AHS

**v.**

**NUTRITION FORMULATORS, INC., and EMPLOYMENT SOLUTIONS OF NEW YORK, INC.,**

    **Defendants.**

_____/

## MEDIATION REPORT

The undersigned court-appointed certified Mediator reports to the court as follows:

  A. A mediation conference was conducted on <u>April 11, 2025.</u>

  B. The mediation conference resulted in the following:

☒ The matter was settled in full.
☐ The matter was settled in part.
☐ The matter did not settle.
☐ The parties have agreed to continue negotiating with the assistance of the mediator. The parties have agreed to adjourn and reconvene on _____ to continue the mediation.

Dated: April 16, 2025

                                  Respectfully submitted,

                                  LORI ADELSON, ESQ.
                                  **APPROVED DISPUTE RESOLUTION**
                                  401 East Las Blvd., Suite 1400, Fort Lauderdale, FL 33301
                                  Phone: (954) 302-8960
                                  Email: Lori@ApprovedADR.com
                                  Secondary Email: CaseManager@ApprovedADR.com

                                  By:/s/ *Lori Adelson*_____
                                        LORI ADELSON