UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SANDRA CARDONA,

        Plaintiff,

v.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF NEW
YORK, INC.,

        Defendants.
_____/

Case No.: 0:24-cv-61337-AHS

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, SANDRA CARDONA ("Plaintiff"), NUTRITION FORMULATORS, INC. and EMPLOYMENT SOLUTIONS OF NEW YORK, INC. (collectively "Defendants"), parties to this legal action, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby jointly stipulate as follows:

1. All claims by Plaintiff against Defendants are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this stipulation.

Dated: Miami, Florida
       April 15, 2025,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Danielb@dereksmithlaw.com