UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-61337-CIV-SINGHAL/STRAUSS

SANDRA CARDONA,

    Plaintiff,

v.

NUTRITION FORMULATORS, INC. and
EMPLOYMENT SOLUTIONS OF NEW YORK,
INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Mediation Report (DE [43]) and Stipulation of Voluntary Dismissal with Prejudice (DE [44]). The parties agreed to dismiss the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See* (DE [44]). To comply with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties must file "a stipulation of dismissal signed by all parties who have appeared." The Stipulation of Dismissal is only signed by Plaintiff's counsel. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties are directed to re-file their Stipulation of Dismissal, <u>with signatures from all parties</u>, on or before **May 7, 2025**.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of April 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF