## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SANDRA CARDONA,

                Plaintiff,

v.

NUTRITION FORMULATORS, INC., and
EMPLOYMENT SOLUTIONS OF NEW
YORK, INC.,

                Defendants.

_____/

Case No.:  0:24-cv-61337-AHS

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANDRA CARDONA ("Plaintiff"), NUTRITION FORMULATORS, INC. and

EMPLOYMENT SOLUTIONS OF NEW YORK, INC. (collectively "Defendants"), parties to this

legal action, by and through their attorneys, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), do hereby jointly stipulate as follows:

1.      All claims by Plaintiff against Defendants are dismissed with prejudice.

2.      Each party is to bear its own costs and attorneys' fees with respect to this legal

action and the entry of this stipulation.

Dated: Miami, Florida
      April 17, 2025,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
DEREK SMITH LAW GROUP, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
Tel: (786) 688-2335
danielb@dereksmithlaw.com

*Counsel for Plaintiff*

**PERERA LAW GROUP, P.A.**

*/s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No.: 93625
PERERA LAW GROUP, P.A.
12555 Orange Drive, #4107
Davie, Florida 33330
Phone: 954-525-4800
freddy@pba-law.com

*Counsel for Defendant Nutrition Formulators,
Inc.*

**COLE, SCOTT & KISSANE, P.A.**

*/s/ Gabriela S. Lazaro*
Gabriela S. Lazaro, Esq.
Florida Bar No.: 123588
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone 305-663-7058 ext. 6922
Facsimile 305-373-2294

*Counsel for Defendant Employment Solutions of New York, Inc.*