UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-61337-CIV-SINGHAL/STRAUSS

SANDRA CARDONA,

    Plaintiff,

v.

NUTRITION FORMULATORS, INC. and
EMPLOYMENT SOLUTIONS OF NEW YORK,
INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties. (DE [46]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter, is **DISMISSED WITH PREJUDICE,** with each party bearing its own attorneys' fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of April 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF